B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of New Jersey | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Munire Furniture Company, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**22-3759847** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**91 New England Avenue<br>Piscataway, NJ**      ZIP Code **08854** | Street Address of Joint Debtor (No. and Street, City, and State):      ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Middlesex** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):      ZIP Code | Mailing Address of Joint Debtor (if different from street address):      ZIP Code |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable) | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13) Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Munire Furniture Company, Inc.** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>    Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                      Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Munire Furniture Company, Inc.** |

**Signatures**

## Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

## Signature of Attorney*

X **/s/ David L. Bruck**
Signature of Attorney for Debtor(s)

**David L. Bruck 1957**
Printed Name of Attorney for Debtor(s)

**Greenbaum, Rowe, Smith & Davis LLP**
Firm Name

**Metro Corporate Campus One
P.O. Box 5600
Woodbridge, NJ 07095**
Address

**(732) 549-5600  Fax: (732) 549-1881**
Telephone Number

**September 19, 2014**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

## Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Munir Hussain**
Signature of Authorized Individual

**Munir Hussain**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**September 19, 2014**
Date

## Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

## Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District of New Jersey

In re  **Munire Furniture Company, Inc.**             Case No. _____
                                       Debtor(s)        Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Dragon International Furniture**<br>**99/9 MO03, Tambol Nongchumphon**<br>**Nua, Amphur Khao Yoi**<br>**Province Petcharburi 76140**<br>**THA Thailand** | **Dragon International Furniture**<br>**99/9 MO03, Tambol Nongchumphon**<br>**Nua, Amphur Khao Yoi**<br>**THA Thailand** | | | **2,504,077.46** |
| **KM Capital LLC**<br>**43 Edison Drive**<br>**Summit, NJ 07901** | **KM Capital LLC**<br>**43 Edison Drive**<br>**Summit, NJ 07901** | | **Disputed** | **1,500,000.00** |
| **Apex Shipping Co. (NYC) Inc.**<br>**20 N. Central Ave. Suite D**<br>**Valley Stream, NY 11580** | **Apex Shipping Co. (NYC) Inc.**<br>**20 N. Central Ave. Suite D**<br>**Valley Stream, NY 11580** | | | **1,415,905.00** |
| **Golden Fortune Co. Ltd.**<br>**Phuoc Thai Hamlet**<br>**Thai Hoa Commune**<br>**Tan Uyen District, Binh**<br>**Duong Province**<br>**VT Vietnam** | **Golden Fortune Co. Ltd.**<br>**Phuoc Thai Hamlet**<br>**Thai Hoa Commune**<br>**VT Vietnam** | | | **1,190,163.35** |
| **Valley Commercial Capital, LLC**<br>**1455 Valley Road**<br>**Wayne, NJ 07470** | **Valley Commercial Capital, LLC**<br>**1455 Valley Road**<br>**Wayne, NJ 07470** | | | **1,100,000.00** |
| **OEC Group New York**<br>**One Cross Island Plaza, Suite 306**<br>**133-33 Brookville Blvd.**<br>**Rosedale, NY 11422** | **OEC Group New York**<br>**One Cross Island Plaza, Suite 306**<br>**133-33 Brookville Blvd.**<br>**Rosedale, NY 11422** | | | **899,715.38** |
| **Sterling MFC Capital**<br>**33 Wood Avenue South, Suite 500**<br>**Iselin, NJ 08830** | **Sterling MFC Capital**<br>**33 Wood Avenue South, Suite 500**<br>**Iselin, NJ 08830** | | | **800,000.00** |
| **American Express**<br>**PO Box 1270**<br>**Newark, NJ 07101-1270** | **American Express**<br>**PO Box 1270**<br>**Newark, NJ 07101-1270** | | | **453,710.47** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Munire Furniture Company, Inc.**                                                        Case No. _____
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Style Craft Furniture Co. Ltd. No 98 Nan Yuan Road Dianshanhu Town Kunshan City Jiangsu Province China** | **Style Craft Furniture Co. Ltd. No 98 Nan Yuan Road Dianshanhu Town Kunshan City China** | | | **241,387.45** |
| **Advance on International c/o Chengfa** | **Advance on International c/o Chengfa** | | | **232,000.00** |
| **PT Kurnia Anggun Desa Bangun, Kecamatan Punggin Mojokerto-61384 Jawa Timur, Indonesia** | **PT Kurnia Anggun Desa Bangun, Kecamatan Punggin Mojokerto-61384** | | | **229,205.76** |
| **Genesis Products, Inc. 2608 Almac Court Elkhart, IN 46514** | **Genesis Products, Inc. 2608 Almac Court Elkhart, IN 46514** | | | **220,601.55** |
| **Qingdao Moonbay Childrens Lihui Rd Fuan Industry Zone Jiaozhou Country Qingdao City China** | **Qingdao Moonbay Childrens Lihui Rd Fuan Industry Zone Jiaozhou Country China** | | | **195,702.00** |
| **Chien Vietnam Furniture Mfg. Lot 24, KNC Tam Phuoc Dong Nai Province VT Vietnam** | **Chien Vietnam Furniture Mfg. Lot 24, KNC Tam Phuoc Dong Nai Province** | | | **154,350.00** |
| **Werdann Devito LLC 67 Walnut Avenue Suite 405 Clark, NJ 07066** | **Werdann Devito LLC 67 Walnut Avenue Suite 405 Clark, NJ 07066** | | | **144,654.46** |
| **Centennial Industrial Park 374 Millburn Avenue, 4th floor Millburn, NJ 07041** | **Centennial Industrial Park 374 Millburn Avenue, 4th floor Millburn, NJ 07041** | | | **142,347.71** |
| **Quality Foam & Sleep Products 137 Gardner Avenue Brooklyn, NY 11237** | **Quality Foam & Sleep Products 137 Gardner Avenue Brooklyn, NY 11237** | | | **77,542.50** |
| **H.Harding Brown, David J. Frischman et a Schoolhouse Plaza 374 Millburn Avenue 4th Floor Millburn, NJ 07041** | **H.Harding Brown, David J. Frischman et a Schoolhouse Plaza 374 Millburn Avenue 4th Floor Millburn, NJ 07041** | **Lease for 91 New England Avenue, Piscataway, NJ** | | **75,000.00** |
| **Olender Feldman LLP 422 Morris Avenue Summit, NJ 07901** | **Olender Feldman LLP 422 Morris Avenue Summit, NJ 07901** | | | **41,257.68** |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Munire Furniture Company, Inc.**          Case No.                     

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Estes Express Lines**<br>**PO Box 25612**<br>**Richmond, VA 23260** | **Estes Express Lines**<br>**PO Box 25612**<br>**Richmond, VA 23260** | | | 36,372.10 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **September 19, 2014**                      Signature   **/s/ Munir Hussain**                     

                                                     **Munir Hussain**

                                                       **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
### District of New Jersey

In re    **MUNIRE FURNITURE COMPANY, Inc.**                ,

                                            Debtor

Case No. _____

Chapter                     **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 7,614,176.01 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 16,999,812.35 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 22 | | 12,193,228.18 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 30 | | | |
| Total Assets | | | 7,614,176.01 | | |
| Total Liabilities | | | | 29,193,040.53 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court
### District of New Jersey

In re    **Munire Furniture Company, Inc.**                                          ,    Case No. _____
                                            Debtor

                                                                                     Chapter _____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re **Munire Furniture Company, Inc.** ,    Case No. _____
_____
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | Sub-Total > | 0.00 | (Total of this page) |
|---|---|---|---|---|---|
| | | | Total > | 0.00 | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re **Munire Furniture Company, Inc.** ,    Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Leumi Bank operating account 4001** | - | 393,724.00 |
| | | **Leumi Bank wire transfer account 8001** | - | 38,503.00 |
| | | **Leumi Bank E-commerce account 1001** | - | 0.00 |
| | | **Leumi Bank Payroll account 2901** | - | 0.00 |
| | | **Santander operating account 4944** | - | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    432,227.00
(Total of this page)

___2___  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Munire Furniture Company, Inc.**
                                          ,     Case No. _____
                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts receivable** | **-** | 4,129,115.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                               Sub-Total >    **4,129,115.00**
                                            (Total of this page)

Sheet  **1**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Munire Furniture Company, Inc.**                                      ,    Case No. _____
                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **18 Trademarks** | **-** | **0.00** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Location: 91 New England Avenue, Piscataway NJ 08854** **Furniture and fixture** | **-** | **39,318.59** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Display furniture.** | **-** | **2,695,141.20** |
| | | **Equipment** **Location: 91 New England Avenue, Piscataway NJ 08854** | **-** | **51,702.71** |
| | | **Capitalized software.** | **-** | **266,671.51** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Work in process located at Echelon Furniture Co., Inc. in Gas City, Indiana** | **-** | **Unknown** |

|  | |
|---|---|
| Sub-Total > (Total of this page) | **3,052,834.01** |
| Total > | **7,614,176.01** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re  **Munire Furniture Company, Inc.**                                               ,  Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No.<br><br>**Bank Leumi USA**<br>**Att: Frederic M. Umane, Esq.**<br>**Zeichner Ellman & Krause LLP**<br>**1211 Avenue of the Americas**<br>**New York, NY 10036** | X | - | | | **November 12, 2013**<br><br>**Revolving loan note** | | | X | | |
| | | | | | Value $              **0.00** | | | | **16,990,000.00** | **Unknown** |
| Account No.<br><br>**Wells Fargo Equipment Finance**<br>**733 Marquette Avenue, Suite 700**<br>**MAC N9306-070**<br>**Minneapolis, MN 55402** | | - | | | | | | | | |
| | | | | | Value $          **Unknown** | | | | **9,812.35** | **Unknown** |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

| | | |
|---|---|---|
| __0__  continuation sheets attached | Subtotal<br>(Total of this page) | **16,999,812.35** | **0.00** |
| | Total<br>(Report on Summary of Schedules) | **16,999,812.35** | **0.00** |

B6E (Official Form 6E) (4/13)

.

In re  **Munire Furniture Company, Inc.**                                    ,    Case No. _____
                                                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

   A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

   The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

   Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

   Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

   Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                    **0**      continuation sheets attached

B6F (Official Form 6F) (12/07)

In re  **Munire Furniture Company, Inc.** ,  Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **A.J. Jersey Inc.** <br> **PO Box 587** <br> **South Plainfield, NJ 07080** | - | | | | | | 2,016.95 |
| Account No. <br><br> **A2Z Prints** <br> **95 New Field Avenue, Suite I** <br> **Edison, NJ 08818** | | | | | | | 1,626.40 |
| Account No. <br><br> **Advance on International c/o Chengfa** | - | | | | | | 232,000.00 |
| Account No. <br><br> **All Baby & Child** <br> **ABC Kids Expo** <br> **12302 Hart Ranch** <br> **Spring Conference Accounting** <br> **San Antonio, TX 78249** | - | | | | | | 275.00 |

|  |  |
|---|---|
| __21__  continuation sheets attached | Subtotal <br> (Total of this page)   235,918.35 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Munire Furniture Company, Inc.**                                    ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Amber Air, Inc.** **702 Rahway Avenue** **Union, NJ 07083-6634** | - | | | | | | 3,372.27 |
| Account No. | | | | | | | |
| **American Express** **PO Box 1270** **Newark, NJ 07101-1270** | - | | | | | | 453,710.47 |
| Account No. | | | | | | | |
| **Amerigas Propane LP** **PO Box 371473** **Pittsburgh, PA 15250** | - | | | | | | 832.35 |
| Account No. | | | | | | | |
| **Apex Shipping Co. (NYC) Inc.** **20 N. Central Ave. Suite D** **Valley Stream, NY 11580** | - | | | | | | 1,415,905.00 |
| Account No. | | | | | | | |
| **Avalara** **100 Ravine Lane, Suite 220** **Bainbridge Island, WA 98110** | - | | | | | | 1,188.00 |

Sheet no. __1__ of __21__ sheets attached to Schedule of       Subtotal                 | 1,875,008.09
Creditors Holding Unsecured Nonpriority Claims                 (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Munire Furniture Company, Inc.**                                     , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Avish Dahiya 33 Chestnut Court Basking Ridge, NJ 07920 | - | | | | | | | 16,889.10 |
| Account No. | | | | | | | | |
| B&C Industries 55 Ondertonk Avenue Ridgewood, NY 11385 | - | | | | | | | 14,883.50 |
| Account No. | | | | | | | | |
| Barbara J. Riggins 80 Ridge Drive Lehighton, PA 18235 | - | | | | | | | 171.30 |
| Account No. | | | | | | | | |
| Bell Environmental Services 155 US Highway 46 Fairfield, NJ 07004 | - | | | | | | | 802.50 |
| Account No. | | | | | | | | |
| Bureau Veritas (HK) Shenzhen Co. Ltd. 2/F, Block A, Minlida Industrial Bldg. 4th Zone of Honghualing Ind. Park Xili Town, Nanshan District, Shenzhen Guangdong Prov. P.R.C. | - | | | | | | | 174.50 |

Sheet no. __2__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | 32,920.90 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Munire Furniture Company, Inc.**                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Bureau Veritas Consumer Prod** **14624 Collections Center Drive** **Chicago, IL 60693** | - | | | | | | 12,521.94 |
| Account No. | | | | | | | |
| **California Cartage Company** **PO Box 92829** **Long Beach, CA 90809-2829** | - | | | | | | 3,551.50 |
| Account No. | | | | | | | |
| **CBS Entertainment** **A Division of CBS Broadcasting** **7800 Beverly Boulevard** **Los Angeles, CA 90036** | - | | | | | | 3,395.97 |
| Account No. | | | | | | | |
| **Centennial Industrial Park** **374 Millburn Avenue, 4th floor** **Millburn, NJ 07041** | - | | | | | | 142,347.71 |
| Account No. | | | | | | | |
| **Chien Vietnam Furniture Mfg.** **Lot 24, KNC Tam Phuoc** **Dong Nai Province** **VT Vietnam** | - | | | | | | 154,350.00 |

Sheet no. __3__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                316,167.12

B6F (Official Form 6F) (12/07) - Cont.

In re    **Munire Furniture Company, Inc.**                                    ,          Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Chubb Group of Insurance PO Box 7247-0180 Philadelphia, PA 19170 | - | | | | | | | 5,952.08 |
| Account No. | | | | | | | | |
| CIT Technology Fin. Services Inc. PO Box 33076 Newark, NJ 07188-0076 | - | | | | | | | 994.85 |
| Account No. | | | | | | | | |
| Comfort Care 258 Industrial Park Road BRU Newberry, SC 29108 | - | | | | | | | 3,781.80 |
| Account No. | | | | | | | | |
| Comfort Care Product 258 Industrial Park Road Newberry, SC 29108 | - | | | | | | | 1,841.00 |
| Account No. | | | | | | | | |
| Commerce Technologies Inc. 25736 Network Place Chicago, IL 60673 | - | | | | | | | 956.60 |

Sheet no. __4__ of __21__ sheets attached to Schedule of                     Subtotal                 | 13,526.33 |
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Munire Furniture Company, Inc.**                                    ,        Case No. _____

                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Connections Personnel 1911 Westfield Avenue Scotch Plains, NJ 07076 | - | | | | | | | 15,356.44 |
| Account No. | | | | | | | | |
| Creditsafe USA, Inc. 1550 Pond Road, Suite 100 Allentown, PA 18104 | - | | | | | | | 500.00 |
| Account No. | | | | | | | | |
| Dragon International Furniture 99/9 MO03, Tambol Nongchumphon Nua, Amphur Khao Yoi Province Petcharburi 76140 THA Thailand | - | | | | | | | 2,504,077.46 |
| Account No. | | | | | | | | |
| Echo Global Logistics 22168 Network Place Chicago, IL 60673 | - | | | | | | | 2,212.00 |
| Account No. | | | | | | | | |
| Estes Express Lines PO Box 25612 Richmond, VA 23260 | - | | | | | | | 36,372.10 |

Sheet no.  __5__  of  __21__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **2,558,518.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Munire Furniture Company, Inc.** _____ ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **F.A. Pratt, Inc. 28-38 Cordier Street Irvington, NJ 07111** | - | | | | | | 374.50 |
| Account No. **Federal Express PO Box 371461 Pittsburgh, PA 15250** | - | | | | | | 15,667.22 |
| Account No. **Five41 Design 541 Thomas Road Wales, WI 53183** | - | | | | | | 475.00 |
| Account No. **G.A. Dynamics 423 Union Avenue Middlesex, NJ 08846** | - | | | | | | 37.45 |
| Account No. **Genesis Products, Inc. 2608 Almac Court Elkhart, IN 46514** | - | | | | | | 220,601.55 |

Sheet no. __6__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          237,155.72

B6F (Official Form 6F) (12/07) - Cont.

In re    **Munire Furniture Company, Inc.**                                    ,    Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Golden Fortune Co. Ltd. Phuoc Thai Hamlet Thai Hoa Commune Tan Uyen District, Binh Duong Province VT Vietnam | | - | | | | | 1,190,163.35 |
| Account No. | | | | | | | |
| Good Photo Studio 91B New England Avenue Piscataway, NJ 08854 | | - | | | | | 750.00 |
| Account No. | | | | | | | |
| Greatree Industrial Corp. 1B AN Phu Village, Thuan An District Binh Duong Province VT Vietnam | | - | | | | | 31,550.00 |
| Account No. | | | | | | | |
| GXS 9711 Washingtonian Boulevard Suite 700 Gaithersburg, MD 20878 | | - | | | | | 85.00 |
| Account No. | | | Lease for 91 New England Avenue, Piscataway, NJ | | | | |
| H.Harding Brown, David J. Frischman et a Schoolhouse Plaza 374 Millburn Avenue 4th Floor Millburn, NJ 07041 | | - | | | | | 75,000.00 |

Sheet no. __7__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,297,548.35

B6F (Official Form 6F) (12/07) - Cont.

In re  **Munire Furniture Company, Inc.**                                    ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Hardware Square Enterprise. Co. 3F No. 668 Sec. 2 Wu Chuan W. Road Taichung TW | - | | | | | | 991.00 |
| Account No. | | | | | | | |
| Horizon Blue Cross Blue Shield of NJ PO Box 1738 Newark, NJ 07101-1738 | - | | | | | | 22,463.92 |
| Account No. | | | | | | | |
| Image Systems for Business Inc. PO Box 660831 Dallas, TX 75266 | - | | | | | | 2,802.66 |
| Account No. | | | | | | | |
| Insta Graphic Systems 13925 E. 166th Street Cerritos, CA 90703 | - | | | | | | 4,751.99 |
| Account No. | | | | | | | |
| Intergrated Document Tech Inc. 1 Cardinal Drive Little Falls, NJ 07424 | - | | | | | | 1,821.89 |

Sheet no. __8__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    32,831.46

B6F (Official Form 6F) (12/07) - Cont.

In re  **Munire Furniture Company, Inc.** _____,     Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Intertek Testing Services HK**<br>**2F Garment Centre- 576 Castle Peak**<br>**The Hong Kong & Shanghai Bank**<br>**1 Queens Road Central**<br>**HK Hong Kong** | - | | | | | | 637.06 |
| Account No. | | | | | | | |
| **Intertek Testing Services Thailand**<br>**5/1 Phahon Ypthin 28**<br>**Phahon Yothing Road, Lat Yao**<br>**Chatuchak, Bangkok**<br>**THA Thailand** | - | | | | | | 17,015.88 |
| Account No. | | | | | | | |
| **ISCO Services Spinkler Corp.**<br>**100 Passaic Avenue**<br>**Chatham, NJ 07928** | - | | | | | | 741.34 |
| Account No. | | | | | | | |
| **J.B. Hunt Transport Inc.**<br>**PO Box 98545**<br>**Chicago, IL 60693** | - | | | | | | 540.00 |
| Account No. | | | | | | | |
| **Jersey Elevator Co. Inc.**<br>**657 Line Road**<br>**Matawan, NJ 07747-1245** | - | | | | | | 215.57 |

Sheet no. __9__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        19,149.85

B6F (Official Form 6F) (12/07) - Cont.

In re  **Munire Furniture Company, Inc.**                                    ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Johnny on the Spot**<br>**3168 Bordentown Road**<br>**Old Bridge, NJ 08857** | | - | | | | | 221.70 |
| Account No. <br><br>**JPMA TS Exhibit Space**<br>**1500 Commerce Parkway, Suite C**<br>**Mount Laurel, NJ 08054** | | - | | | | | 16,792.00 |
| Account No. <br><br>**Kempe Mason Inc.**<br>**211 Dryden Road**<br>**Bernardsville, NJ 07924** | | - | | | | | 6,105.98 |
| Account No. <br><br>**KM Capital LLC**<br>**43 Edison Drive**<br>**Summit, NJ 07901** | X | - | | | | X | 1,500,000.00 |
| Account No. <br><br>**Lavina Flavia Dsouza**<br>**28 Central Square**<br>**Metuchen, NJ 08840** | | - | | | | | 4,286.76 |

Sheet no. __10__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          | **1,527,406.44** |

B6F (Official Form 6F) (12/07) - Cont.

In re **Munire Furniture Company, Inc.** ,          Case No. _____
_____
                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | | | | | |
| **Loaded Up Logistics** **PO Box 3333** **Kansas City, KS 66103** | | | | | | | | 1,000.00 |
| Account No. | | - | | | | | | |
| **Logistxs Transport Inc.** **1500 Route 517, Suite 305** **Hackettstown, NJ 07840** | | | | | | | | 22,527.00 |
| Account No. | | - | | | | | | |
| **Micro D Inc.** **11301 Carmel Commons Blvd. #114** **Charlotte, NC 28226** | | | | | | | | 1,775.00 |
| Account No. | | - | | | | | | |
| **Millenia Furniture Industries** **JL. Raya Wonorejo Desa** **Sambisirah KM 14** **Waru, Sidoarjo** **ID Indonesia** | | | | | | | | 15,012.60 |
| Account No. | | - | | | | | | |
| **Mitra Mandiri Perkasa** **JL. Pergndangan Permata** **Sawah Blok F No. 6** **Waru, Sidoarjo** **ID Indonesia** | | | | | | | | 9,667.78 |

Sheet no. __11__ of __21__ sheets attached to Schedule of                   Subtotal                49,982.38
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Munire Furniture Company, Inc.** _____,   Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Nail It** | - | | | | | | 5,000.00 |
| Account No. <br><br> **National Pen Company** <br> **Dept. 274501** <br> **PO Box 55000** <br> **Detroit, MI 48255-2745** | - | | | | | | 235.96 |
| Account No. <br><br> **New Jersey Business & Industry** <br> **102 West State Street** <br> **Trenton, NJ 08608** | - | | | | | | 370.00 |
| Account No. <br><br> **Norman Dsouza** <br> **12 Potomac Road** <br> **Monmouth Junction, NJ 08852** | - | | | | | | 6,283.08 |
| Account No. <br><br> **Northex Custom Broker** <br> **360 Bayly Street W., Suite 202** <br> **AJAX, ON L1s 1P1** <br> **Canada** | - | | | | | | 234.34 |

Sheet no. __12__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **12,123.38**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Munire Furniture Company, Inc.**                                          ,          Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **OEC Group New York** **One Cross Island Plaza, Suite 306** **133-33 Brookville Blvd.** **Rosedale, NY 11422** | - | | | | | | | 899,715.38 |
| Account No. | | | | | | | | |
| **Olender Feldman LLP** **422 Morris Avenue** **Summit, NJ 07901** | - | | | | | | | 41,257.68 |
| Account No. | | | | | | | | |
| **Osborn Landscaping** **429 Bell Street** **Piscataway, NJ 08854** | - | | | | | | | 12,497.98 |
| Account No. | | | | | | | | |
| **Owens Truckmen, Inc.** **381 Sunrise Highway, Suite 202** **Lynbrook, NY 11563** | - | | | | | | | 21,575.00 |
| Account No. | | | | | | | | |
| **P.B. Trucking Inc.** **151 Randolph Street** **Passaic, NJ 07055** | - | | | | | | | 2,725.00 |

Sheet no. __13__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        977,771.04

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Munire Furniture Company, Inc.** ,                              Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Paetec Communications** **Accounts Recievable** **PO Box 9001013** **Louisville, KY 40290** | - | | | | | | | 6,337.61 |
| Account No. | | | | | | | | |
| **Piscataway Township** **55 Sidney Road** **Piscataway, NJ 08854** | - | | | | | | | 990.50 |
| Account No. | | | | | | | | |
| **Prasad Chinni** **1607 Blossom Circle** **Dayton, NJ 08810** | - | | | | | | | 19,163.55 |
| Account No. | | | | | | | | |
| **Project Nursery** **2702 California Street** **San Francisco, CA 94115** | - | | | | | | | 4,100.00 |
| Account No. | | | | | | | | |
| **PT Bureau Veritas Consumer Prod.** **Gedung KKM, 2nd Floor** **J1 Cideng Timur No. 38 Jakarta  10130** **Jackarta Indonesia** | - | | | | | | | 7,697.25 |

Sheet no. __14__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

38,288.91

B6F (Official Form 6F) (12/07) - Cont.

In re   **Munire Furniture Company, Inc.** _____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| PT Kurnia Anggun Desa Bangun, Kecamatan Punggin Mojokerto-61384 Jawa Timur, Indonesia | - | | | | | | | 229,205.76 |
| Account No. | | | | | | | | |
| Publishing & Marketing Sol, Inc. 1700 Witt Way Drive Spring Hill, TN 37174 | - | | | | | | | 1,500.00 |
| Account No. | | | | | | | | |
| Qingdao Moonbay Childrens Lihui Rd Fuan Industry Zone Jiaozhou Country Qingdao City China | - | | | | | | | 195,702.00 |
| Account No. | | | | | | | | |
| Quality Foam & Sleep Products 137 Gardner Avenue Brooklyn, NY 11237 | - | | | | | | | 77,542.50 |
| Account No. | | | | | | | | |
| Radisson Hotel Piscataway 21 Kingsbridge Road Piscataway, NJ 08854 | - | | | | | | | 227.70 |

Sheet no. __15__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    504,177.96

B6F (Official Form 6F) (12/07) - Cont.

In re  **Munire Furniture Company, Inc.**                                    ,        Case No. _____
                                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **RAM Associates** <br> **3240 E. State Street Ext.** <br> **Trenton, NJ 08619** | - | | | | | | 35,000.00 |
| Account No. <br><br> **Reliable Pallet Services, LLC** <br> **191 Vineyard Road** <br> **Edison, NJ 08817** | - | | | | | | 1,656.00 |
| Account No. <br><br> **Robert Omansky** <br> **37 Combes Avenue** <br> **Rockville Centre, NY 11570-3206** | - | | | | | | 7,969.67 |
| Account No. <br><br> **Robert's Cleaning Services, Inc.** <br> **4 Water Street** <br> **Piscataway, NJ 08854** | - | | | | | | 1,558.90 |
| Account No. <br><br> **RT Machine Company, Inc.** <br> **201 Boak Avenue** <br> **Hughesville, PA 17737** | - | | | | | | 14,438.00 |

Sheet no. __16__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 60,622.57

B6F (Official Form 6F) (12/07) - Cont.

In re    **Munire Furniture Company, Inc.**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Sage Mas 90, Sage Mas 200**<br>**PO Box 935021**<br>**Atlanta, GA 31193** | | - | | | | | | 296.78 |
| Account No.<br><br>**SGS North America Inc.**<br>**Consumer Testing Services**<br>**291 Fairfield Avenue**<br>**Fairfield, NJ 07004** | | - | | | | | | 7,592.60 |
| Account No.<br><br>**Spar Marketing Force, Inc.**<br>**1910 Opdke Court**<br>**Auburn Hills, MI 48326** | | - | | | | | | 12,570.00 |
| Account No.<br><br>**Statewide Conditioning**<br>**PO Box 3185**<br>**South Amboy, NJ 08879** | | - | | | | | | 2,178.07 |
| Account No.<br><br>**Sterling MFC Capital**<br>**33 Wood Avenue South, Suite 500**<br>**Iselin, NJ 08830** | X | - | | | | | | 800,000.00 |

Sheet no. __17__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

822,637.45

B6F (Official Form 6F) (12/07) - Cont.

In re  **Munire Furniture Company, Inc.** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Style Craft Furniture Co. Ltd. No 98 Nan Yuan Road Dianshanhu Town Kunshan City Jiangsu Province China | - | | | | | | | 241,387.45 |
| Account No. | | | | | | | | |
| SWK Technologies, Inc. 5 Regent Street, Suite 520 Livingston, NJ 07039 | - | | | | | | | 11,955.02 |
| Account No. | | | | | | | | |
| Texpak, Inc. 130 New Hyde Park Road PO Box 267 Franklin Square, NY 11010 | - | | | | | | | 2,716.07 |
| Account No. | | | | | | | | |
| Twins Furniture Manufacturer Lot 98-102 Semambu Ind. Estate 25350 Kuanta, Pahang Darul Makmur Malaysia | - | | | | | | | 1,298.20 |
| Account No. | | | | | | | | |
| UL Environment, Inc. UL LLC 2211 Newmarket Parkway, Suite 110 Marietta, GA 30067 | - | | | | | | | 14,500.00 |

Sheet no. __18__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

271,856.74

B6F (Official Form 6F) (12/07) - Cont.

In re   **Munire Furniture Company, Inc.**                                        ,      Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Uline** <br> **2200 S. Lakesdie Drive** <br> **Waukegan, IL 60085** | | - | | | | | 4,369.85 |
| Account No. <br><br> **US Bank Equipment Finance** <br> **1310 Madrid Street** <br> **Marshall, MN 56258** | | - | | | | | 2,688.93 |
| Account No. <br><br> **V. Turk Fritts Jr. & Associates** <br> **191 W. Nationwide Boulevard** <br> **Suite 300** <br> **Columbus, OH 43217** | | - | | | | | 11,252.50 |
| Account No. **xxx-xxxxxx4-001** <br><br> **Valley Commercial Capital, LLC** <br> **1455 Valley Road** <br> **Wayne, NJ 07470** | X | - | | | | | 1,100,000.00 |
| Account No. <br><br> **Vibrant Info** <br> **617, 2E Cross, Kalayan Nagar** <br> **HRBR Layout, 2nd Block** <br> **Banaswadi, Bangalore  560047** | | - | | | | | 6,000.00 |

Sheet no. __19__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **1,124,311.28**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Munire Furniture Company, Inc.**                                    ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Viresh Janani 939 W. Side Avenue Jersey City, NJ 07306 | | - | | | | | | 1,996.58 |
| Account No. | | | | | | | | |
| W.B. Mason Co. Inc. PO Box 981101 Boston, MA 02298-1101 | | - | | | | | | 1,538.61 |
| Account No. | | | | | | | | |
| Wahyudi H Wahyudi Gunawan IR | | - | | | | | | 4,010.00 |
| Account No. | | | | | | | | |
| Washington Mutual PO Box 830021 Baltimore, MD 21283-0021 | | - | | | | | | 30,000.00 |
| Account No. | | | | | | | | |
| Waste Management PO Box 13648 Philadelphia, PA 19101 | | - | | | | | | 3,106.21 |

Sheet no. __20__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

40,651.40

B6F (Official Form 6F) (12/07) - Cont.

In re  **Munire Furniture Company, Inc.**                                    ,        Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Werdann Devito LLC** **67 Walnut Avenue Suite 405** **Clark, NJ 07066** | | - | | | | | | 144,654.46 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __21__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 144,654.46 |
| Total (Report on Summary of Schedules) | | 12,193,228.18 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re  **Munire Furniture Company, Inc.**                                          ,     Case No. _____
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **H.Harding Brown, David J. Frischman et a Schoolhouse Plaza 374 Millburn Avenue 4th Floor Millburn, NJ 07041** | **Lease for 91 New England Avenue, Piscataway, NJ** |
| **US Bank Equipment Finance 1310 Madrid Street Marshall, MN 56258** | **Equipment lease for Timesavers 3331-45-866 three head veneer polisher with accessories. Equipment located in Indiana** |
| **Wells Fargo Equipment Finance 733 Marquette Avenue, Suite 700 MAC N9306-070 Minneapolis, MN 55402** | **Equipment lease for 1 Comec high productive drilling, milling center Model MD Classic, Serial No. 120504 located in Indiana** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re   **Munire Furniture Company, Inc.**                                    ,        Case No. _____
                                          Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed
by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state,
commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or
Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used
by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Echelon  Furniture Inc.**<br>**100 Munir Drive**<br>**Gas City, IN 46933** | **Sterling MFC Capital**<br>**33 Wood Avenue South, Suite 500**<br>**Iselin, NJ 08830** |
| **Echelon Furniture, Inc.**<br>**91 New England Avenue**<br>**Piscataway, NJ 08854** | **Bank Leumi USA**<br>**Att: Frederic M. Umane, Esq.**<br>**Zeichner Ellman & Krause LLP**<br>**1211 Avenue of the Americas**<br>**New York, NY 10036** |
| **Munir Hussain** | **Bank Leumi USA**<br>**Att: Frederic M. Umane, Esq.**<br>**Zeichner Ellman & Krause LLP**<br>**1211 Avenue of the Americas**<br>**New York, NY 10036** |
| **Munir Hussain** | **Sterling MFC Capital**<br>**33 Wood Avenue South, Suite 500**<br>**Iselin, NJ 08830** |
| **Munir Hussain** | **KM Capital LLC**<br>**43 Edison Drive**<br>**Summit, NJ 07901** |
| **Munir Hussain** | **Valley Commercial Capital, LLC**<br>**1455 Valley Road**<br>**Wayne, NJ 07470** |
| **Munire Transportation, LLC** | **Valley Commercial Capital, LLC**<br>**1455 Valley Road**<br>**Wayne, NJ 07470** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### District of New Jersey

In re **Munire Furniture Company, Inc.**                                   Case No.

Debtor(s)                                 Chapter      **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**32**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **September 19, 2014**                    Signature    **/s/ Munir Hussain**

**Munir Hussain**
**President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## District of New Jersey

In re    **Munire Furniture Company, Inc.**                               Case No.
                                          Debtor(s)        Chapter        **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$63,862,357.00** | **2012 gross receipts** |
| **$62,513,159.00** | **2011 gross receipts** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                SOURCE

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a.  *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

**5. Repossessions, foreclosures and returns**

None
■
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None
■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
■
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Greenbaum, Rowe, Smith & Davis LLP**<br>**Metro Corporate Campus One**<br>**P.O. Box 5600**<br>**Woodbridge, NJ 07095** | **September 19, 2014** | **$50,000.00** |

B7 (Official Form 7) (04/13)
4

### 10. Other transfers

None ■    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11. Closed financial accounts

None ■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12. Safe deposit boxes

None ■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs

None ■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None ■    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

B7 (Official Form 7) (04/13)
5

### 15. Prior address of debtor

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

B7 (Official Form 7) (04/13)

6

**18 . Nature, location and name of business**

None ☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

   *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

   *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Munire Transportation LLC** | 45-2654047/000 | **91 New England Avenue Piscataway, NJ 08854** | **Aviation service** | |

None ■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|
| | |

---

   The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

   *(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None ☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Werdann Devito LLC 67 Walnut Avenue, Suite 405 Clark, NJ 07066** | |

None ■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| | | |

None ■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| | |

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

B7 (Official Form 7) (04/13)
7

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Munir Hussain** | **President** | **80% interest** |
| **Michael Gormeley Delaware Trust**<br>**341 Kinnelon Road**<br>**Butler, NJ 07405** | | **15% interest** |
| **Kurt Olender**<br>**47 Burnett Terrace**<br>**West Orange, NJ 07052** | | **5% interest** |

---

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
8

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **September 19, 2014**            Signature   **/s/ Munir Hussain**
                                                      **Munir Hussain**
                                                      **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

## United States Bankruptcy Court
### District of New Jersey

In re   **Munire Furniture Company, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ **50,000.00** |
| Prior to the filing of this statement I have received | $ **50,000.00** |
| Balance Due | $ **0.00** |

2.   The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **September 19, 2014**

**/s/ David L. Bruck**
**David L. Bruck 1957**
**Greenbaum, Rowe, Smith & Davis LLP**
**Metro Corporate Campus One**
**P.O. Box 5600**
**Woodbridge, NJ 07095**
**(732) 549-5600   Fax: (732) 549-1881**

---

# United States Bankruptcy Court
### District of New Jersey

In re    **Munire Furniture Company, Inc.**                     ,      Case No. _____

                 Debtor

Chapter _____ **11** _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
| --- | --- | --- | --- |
| **Kurt Olender**<br>**47 Burnett Terrace**<br>**West Orange, NJ 07052** | | | **5% interest** |
| **Michael Gormeley Delaware Trust**<br>**341 Kinnelon Road**<br>**Butler, NJ 07405** | | | **15% interest** |
| **Munir Hussain** | | | **80% interest** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___ **September 19, 2014** _____      Signature _**/s/ Munir Hussain**_____

                                          **Munir Hussain**
                                          **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

__**0**__ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
### District of New Jersey

In re **Munire Furniture Company, Inc.**

Debtor(s)

Case No.

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date: **September 19, 2014**

**/s/ Munir Hussain**

**Munir Hussain/President**
Signer/Title

A.J. Jersey Inc.
PO Box 587
South Plainfield, NJ 07080


A2Z Prints
95 New Field Avenue, Suite I
Edison, NJ 08818


Advance on International c/o Chengfa


All Baby & Child
ABC Kids Expo
12302 Hart Ranch
Spring Conference Accounting
San Antonio, TX 78249


Amber Air, Inc.
702 Rahway Avenue
Union, NJ 07083-6634


American Express
PO Box 1270
Newark, NJ 07101-1270


Amerigas Propane LP
PO Box 371473
Pittsburgh, PA 15250


Apex Shipping Co. (NYC) Inc.
20 N. Central Ave. Suite D
Valley Stream, NY 11580


Avalara
100 Ravine Lane, Suite 220
Bainbridge Island, WA 98110


Avish Dahiya
33 Chestnut Court
Basking Ridge, NJ 07920


B&C Industries
55 Ondertonk Avenue
Ridgewood, NY 11385

Bank Leumi USA
Att: Frederic M. Umane, Esq.
Zeichner Ellman & Krause LLP
1211 Avenue of the Americas
New York, NY 10036


Barbara J. Riggins
80 Ridge Drive
Lehighton, PA 18235


Bell Environmental Services
155 US Highway 46
Fairfield, NJ 07004


Bureau Veritas (HK) Shenzhen Co. Ltd.
2/F, Block A, Minlida Industrial Bldg.
4th Zone of Honghualing Ind. Park
Xili Town, Nanshan District, Shenzhen
Guangdong Prov. P.R.C.


Bureau Veritas Consumer Prod
14624 Collections Center Drive
Chicago, IL 60693


California Cartage Company
PO Box 92829
Long Beach, CA 90809-2829


CBS Entertainment
A Division of CBS Broadcasting
7800 Beverly Boulevard
Los Angeles, CA 90036


Centennial Industrial Park
374 Millburn Avenue, 4th floor
Millburn, NJ 07041


Chien Vietnam Furniture Mfg.
Lot 24, KNC Tam Phuoc
Dong Nai Province
VT Vietnam


Chubb Group of Insurance
PO Box 7247-0180
Philadelphia, PA 19170

CIT Technology Fin. Services Inc.
PO Box 33076
Newark, NJ 07188-0076


Comfort Care
258 Industrial Park Road
BRU
Newberry, SC 29108


Comfort Care Product
258 Industrial Park Road
Newberry, SC 29108


Commerce Technologies Inc.
25736 Network Place
Chicago, IL 60673


Connections Personnel
1911 Westfield Avenue
Scotch Plains, NJ 07076


Creditsafe USA, Inc.
1550 Pond Road, Suite 100
Allentown, PA 18104


Dragon International Furniture
99/9 MO03, Tambol Nongchumphon
Nua, Amphur Khao Yoi
Province Petcharburi 76140
THA Thailand


Echo Global Logistics
22168 Network Place
Chicago, IL 60673


Estes Express Lines
PO Box 25612
Richmond, VA 23260


F.A. Pratt, Inc.
28-38 Cordier Street
Irvington, NJ 07111

Federal Express
PO Box 371461
Pittsburgh, PA 15250


Five41 Design
541 Thomas Road
Wales, WI 53183


G.A. Dynamics
423 Union Avenue
Middlesex, NJ 08846


Genesis Products, Inc.
2608 Almac Court
Elkhart, IN 46514


Golden Fortune Co. Ltd.
Phuoc Thai Hamlet
Thai Hoa Commune
Tan Uyen District, Binh Duong Province
VT Vietnam


Good Photo Studio
91B New England Avenue
Piscataway, NJ 08854


Greatree Industrial Corp.
1B AN Phu Village, Thuan An District
Binh Duong Province
VT Vietnam


GXS
9711 Washingtonian Boulevard
Suite 700
Gaithersburg, MD 20878


H.Harding Brown, David J. Frischman et a
Schoolhouse Plaza
374 Millburn Avenue 4th Floor
Millburn, NJ 07041


Hardware Square Enterprise. Co.
3F No. 668 Sec. 2 Wu Chuan W. Road
Taichung TW

Horizon Blue Cross Blue Shield of NJ
PO Box 1738
Newark, NJ 07101-1738


Image Systems for Business Inc.
PO Box 660831
Dallas, TX 75266


Insta Graphic Systems
13925 E. 166th Street
Cerritos, CA 90703


Intergrated Document Tech Inc.
1 Cardinal Drive
Little Falls, NJ 07424


Intertek Testing Services HK
2F Garment Centre- 576 Castle Peak
The Hong Kong & Shanghai Bank
1 Queens Road Central
HK Hong Kong


Intertek Testing Services Thailand
5/1 Phahon Ypthin 28
Phahon Yothing Road, Lat Yao
Chatuchak, Bangkok
THA Thailand


ISCO Services Spinkler Corp.
100 Passaic Avenue
Chatham, NJ 07928


J.B. Hunt Transport Inc.
PO Box 98545
Chicago, IL 60693


Jersey Elevator Co. Inc.
657 Line Road
Matawan, NJ 07747-1245


Johnny on the Spot
3168 Bordentown Road
Old Bridge, NJ 08857

JPMA TS Exhibit Space
1500 Commerce Parkway, Suite C
Mount Laurel, NJ 08054


Kempe Mason Inc.
211 Dryden Road
Bernardsville, NJ 07924


KM Capital LLC
43 Edison Drive
Summit, NJ 07901


Kurt Olender
47 Burnett Terrace
West Orange, NJ 07052


Lavina Flavia Dsouza
28 Central Square
Metuchen, NJ 08840


Loaded Up Logistics
PO Box 3333
Kansas City, KS 66103


Logistxs Transport Inc.
1500 Route 517, Suite 305
Hackettstown, NJ 07840


Michael Gormeley Delaware Trust
341 Kinnelon Road
Butler, NJ 07405


Micro D Inc.
11301 Carmel Commons Blvd. #114
Charlotte, NC 28226


Millenia Furniture Industries
JL. Raya Wonorejo Desa
Sambisirah KM 14
Waru, Sidoarjo
ID Indonesia

Mitra Mandiri Perkasa
JL. Pergndangan Permata
Sawah Blok F No. 6
Waru, Sidoarjo
ID Indonesia


Nail It


National Pen Company
Dept. 274501
PO Box 55000
Detroit, MI 48255-2745


New Jersey Business & Industry
102 West State Street
Trenton, NJ 08608


Norman Dsouza
12 Potomac Road
Monmouth Junction, NJ 08852


Northex Custom Broker
360 Bayly Street W., Suite 202
AJAX, ON L1s 1P1
Canada


OEC Group New York
One Cross Island Plaza, Suite 306
133-33 Brookville Blvd.
Rosedale, NY 11422


Olender Feldman LLP
422 Morris Avenue
Summit, NJ 07901


Osborn Landscaping
429 Bell Street
Piscataway, NJ 08854


Owens Truckmen, Inc.
381 Sunrise Highway, Suite 202
Lynbrook, NY 11563

P.B. Trucking Inc.
151 Randolph Street
Passaic, NJ 07055


Paetec Communications
Accounts Recievable
PO Box 9001013
Louisville, KY 40290


Piscataway Township
55 Sidney Road
Piscataway, NJ 08854


Prasad Chinni
1607 Blossom Circle
Dayton, NJ 08810


Project Nursery
2702 California Street
San Francisco, CA 94115


PT Bureau Veritas Consumer Prod.
Gedung KKM, 2nd Floor
J1 Cideng Timur No. 38 Jakarta  10130
Jackarta Indonesia


PT Kurnia Anggun
Desa Bangun, Kecamatan Punggin
Mojokerto-61384
Jawa Timur, Indonesia


Publishing & Marketing Sol, Inc.
1700 Witt Way Drive
Spring Hill, TN 37174


Qingdao Moonbay Childrens
Lihui Rd Fuan Industry Zone
Jiaozhou Country
Qingdao City
China


Quality Foam & Sleep Products
137 Gardner Avenue
Brooklyn, NY 11237

Radisson Hotel Piscataway
21 Kingsbridge Road
Piscataway, NJ 08854


RAM Associates
3240 E. State Street Ext.
Trenton, NJ 08619


Reliable Pallet Services, LLC
191 Vineyard Road
Edison, NJ 08817


Robert Omansky
37 Combes Avenue
Rockville Centre, NY 11570-3206


Robert's Cleaning Services, Inc.
4 Water Street
Piscataway, NJ 08854


RT Machine Company, Inc.
201 Boak Avenue
Hughesville, PA 17737


Sage Mas 90, Sage Mas 200
PO Box 935021
Atlanta, GA 31193


SGS North America Inc.
Consumer Testing Services
291 Fairfield Avenue
Fairfield, NJ 07004


Spar Marketing Force, Inc.
1910 Opdke Court
Auburn Hills, MI 48326


Statewide Conditioning
PO Box 3185
South Amboy, NJ 08879


Sterling MFC Capital
33 Wood Avenue South, Suite 500
Iselin, NJ 08830

Style Craft Furniture Co. Ltd.
No 98 Nan Yuan Road
Dianshanhu Town Kunshan City
Jiangsu Province
China


SWK Technologies, Inc.
5 Regent Street, Suite 520
Livingston, NJ 07039


Texpak, Inc.
130 New Hyde Park Road
PO Box 267
Franklin Square, NY 11010


Twins Furniture Manufacturer
Lot 98-102 Semambu Ind. Estate
25350 Kuanta, Pahang
Darul Makmur
Malaysia


UL Environment, Inc.
UL LLC
2211 Newmarket Parkway, Suite 110
Marietta, GA 30067


Uline
2200 S. Lakesdie Drive
Waukegan, IL 60085


US Bank Equipment Finance
1310 Madrid Street
Marshall, MN 56258


V. Turk Fritts Jr. & Associates
191 W. Nationwide Boulevard
Suite 300
Columbus, OH 43217


Valley Commercial Capital, LLC
1455 Valley Road
Wayne, NJ 07470

Vibrant Info
617, 2E Cross, Kalayan Nagar
HRBR Layout, 2nd Block
Banaswadi, Bangalore  560047


Viresh Janani
939 W. Side Avenue
Jersey City, NJ 07306


W.B. Mason Co. Inc.
PO Box 981101
Boston, MA 02298-1101


Wahyudi
H Wahyudi Gunawan IR


Washington Mutual
PO Box 830021
Baltimore, MD 21283-0021


Waste Management
PO Box 13648
Philadelphia, PA 19101


Wells Fargo Equipment Finance
733 Marquette Avenue, Suite 700
MAC N9306-070
Minneapolis, MN 55402


Werdann Devito LLC
67 Walnut Avenue Suite 405
Clark, NJ 07066

# United States Bankruptcy Court
## District of New Jersey

In re    __Munire Furniture Company, Inc.__                    Case No. _____
                                      Debtor(s)         Chapter    __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification
or recusal, the undersigned counsel for   __Munire Furniture Company, Inc.__   in the above captioned action, certifies that the
following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or
more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__September 19, 2014__                __/s/ David L. Bruck__
Date                                  __David L. Bruck 1957__
                                      Signature of Attorney or Litigant
                                      Counsel for   __Munire Furniture Company, Inc.__
                                      __Greenbaum, Rowe, Smith & Davis LLP__
                                      __Metro Corporate Campus One__
                                      __P.O. Box 5600__
                                      __Woodbridge, NJ 07095__
                                      __(732) 549-5600 Fax:(732) 549-1881__