| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**WASSERMAN, JURISTA & STOLZ, P.C.**<br>225 Millburn Avenue - Suite 207<br>P.O. Box 1029<br>Millburn, New Jersey  07041<br>Phone: (973) 467-2700<br>Fax: (973) 467-8126<br>*Counsel to Centennial Industrial Park*<br>**DONALD W. CLARKE** |

| | |
|---|---|
| In Re: | Case No. 14-29229-CMG |
| **MUNIRE FURNITURE COMPANY, INC.** | |
| | Hon. Christine M. Gravelle |
| Debtor. | Hearing Date: January 20, 2015 at 10:00am. |

**NOTICE OF MOTION FOR THE ENTRY OF AN ORDER COMPELLING THE DEBTOR AND HERITAGE TO COMPLY WITH THE PROVISIONS OF THE CENTENNIAL LEASE AGREEMENT, ESTABLISHING AN ADMINISTRATIVE PRIORITY LIEN ON THE SALE PROCEEDS AND SHORTENING THE TIME FOR ASSUMPTION OR REJECTION, OR, ALTERNATIVELY FOR STAY RELIEF**

**TO:**

SHINING J. HSU, Esq.
OFFICE OF THE U.S. TRUSTEE,
U.S. DEPARTMENT OF JUSTICE
ONE NEWARK CENTER, Ste 2100,
NEWARK, NEW JERSEY 07102

David L. Bruck
Greenbaum, Rowe, Smith, et al.
P.O. Box 5600
Woodbridge, NJ 07095
(732) 549-5600
Fax : (732) 549-1881

John K. Sherwood
Lowenstein Sandler LLP
65 Livingston Ave.
Roseland, NJ 07068
973.597.2500
Fax : 973.597.2400

Louis A. Modugno, Esq.
McElroy, Deutsch, Mulvaney &
Carpenter, LLP
1300 Mount Kemble Ave.
PO BOX 2075
Morristown, NJ 07962

**PLEASE TAKE NOTICE** that on ***January 20, 2015 at 10:00 a.m.,*** the undersigned as attorneys for Douglas Friedrich, Robert K. Brown and James R. Weill, Successor Co-Trustees Under Trust Indenture Dated the 25th Day of June, 1968, d/b/a Centennial Industrial Park ("Centennial",) will move before the Honorable Christine M. Gravelle, United States Bankruptcy Judge, United States Bankruptcy Court, Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, for an Order consistent with the proposed relief requested within, and for such other and further relief as is just and proper.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, must be filed with the Clerk of the United States Bankruptcy Court, Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Trenton, NJ 08608 and served upon Wasserman, Jurista & Stolz, P.C., Attn: Donald W. Clarke, Esq., 225 Millburn Avenue, Suite 207, P.O. Box 1029, Millburn, New Jersey 07041 so they are received in accordance with the Rules.

**PLEASE TAKE FURTHER NOTICE** that in the absence of any objections, the relief requested hereunder may be granted without further notice.

**WASSERMAN, JURISTA & STOLZ, P.C.**
*Counsel to Centennial Industrial Park*

       */s/Donald W. Clarke*
By:_____
       **DONALD W. CLARKE**

Dated: December 30, 2014