UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
Caption in compliance with D.N.J. LBR 9004-2(c)

**Greenbaum, Rowe, Smith & Davis LLP**
Metro Corporate Campus One
P.O. Box 5600
Woodbridge, New Jersey 07095
(732) 549-5600
Attorneys for the Debtor
David L. Bruck, Esq.

---

In re:

MUNIRE FURNITURE COMPANY, INC.,

            Debtor.

Case No.: 14-29229-CMG

Chapter 11  (CMG)

## NOTICE OF CLOSING OF SALE OF SUBSTANTIALLY ALL OF THE ASSETS OF DEBTOR FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES

Munire Furniture Company, Inc. (the "Debtor"), respectfully provides Notice of the Closing of the Sale of Substantially All of the Assets of Debtor Free and Clear of Liens, Claims, Interests and Encumbrances to Heritage Baby Products LLC (the "Purchaser") as follows:

1.      Purchaser and Munire Furniture Company, Inc. (the "Seller") are parties to that certain Asset Purchase Agreement (the "Agreement")[1] dated as of November 5, 2014 and as amended.

2.      On November 25, 2014, the United States Bankruptcy Court for the District of New Jersey (the "Court") entered the *Order (I) Authorizing the Sale of Substantially All of the Assets of Debtor Free and Clear of Liens, Claims, Interests*

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Agreement.

and Encumbrances, (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and/or Transfer of Designation Rights, (III) Extending the Deadline to Assume or Reject Unexpired Leases of Non-Residential Real Property Leases and (IV) Granting Related Relief (the "Sale Order") [Doc. No. 171], which was subsequently amended by entry of a *Consent Order* (the "Consent Order") [Doc. No. 204] on December 23, 2014.

3.      Debtor hereby provides notice to all parties in interest that the sale contemplated by the Agreement, as amended, and approved by the Sale Order and the Consent Order, closed on December 23, 2014, effective as of December 16, 2014.

4.      Attached hereto as **Exhibit A** are true and correct copies of the signature pages to the Agreement, which were transmitted between the parties as part of the closing.

5.      Attached hereto as **Exhibit B** are true and correct copies of the signature pages to that certain Transition Services Agreement, which were transmitted between the parties as part of the closing.

6.      Attached hereto as **Exhibit C** are true and correct copies of the final versions of the schedules to the Agreement, which were adopted and approved as part of the closing.

**Greenbaum, Rowe, Smith & Davis LLP**
**Attorneys for Debtor**

BY:      _____
        David L. Bruck

Dated: December 31, 2014

3276715.1

# EXHIBIT A

IN WITNESS WHEREOF, the Parties have caused this Agreement to be executed by their respective officers thereunto duly authorized, as of the date first written above.

**PURCHASER:**

Heritage Baby Products, LLC

By: _____

Name: Venkata Chinni

Title: President    12/3/14

**SELLER:**

Munire Furniture Company, Inc.

By: _____

Name: Steven J. Fleming

Title: Chief Restructuring Officer

47

# EXHIBIT B

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first set forth above.

**SELLER**

MUNIRE FURNITURE COMPANY, INC.

By: _____
Name: Steven J. Fleming
Title: Chief Restructuring Officer

**PURCHASER**

By: _____
Name:
Title: Verkata Chinni 12/23/14
CEO/President

[Signature page to Transition Services Agreement]

# EXHIBIT C

**Schedule 2.1(b)(i) - Contracts**

None.  All executory contracts and unexpired leases, unless otherwise rejected on schedule 2.2, are Designated Contracts.

## Sched. 2.1(b)(ii) - Intellectual Property

| Type of Intellectual Property | Name or Description of Brand | Filing Number | Registration Number | Expiration Date | Status |
|---|---|---|---|---|---|
| Trademark | Baby Cache | 78431021 | 3136676 | 8/29/2016 | Active |
| Logo | Baby Cache | 85795307 | 4383394 | 8/13/2018 | Active |
| Trademark | Baby Cache Elite | 85795337 | 4383396 | 8/13/2018 | Active |
| Logo | Baby Cache Elite | 85795359 | 4383397 | 8/13/2018 | Active |
| Trademark | Suite Bebe | 85394576 | | | Pending |
| Logo | Suite Bebe | 85619249 | 4271369 | 1/8/2018 | Active |
| Trademark | Lifetime Crib | 78409933 | 3303417 | 10/2/2017 | Active |
| Trademark | Munire Furniture | 85425777 | 4142245 | 5/15/2017 | Active |
| Logo | Munire Furniture | | | | Pending |
| Trademark | Munire | 85627079 | 4271683 | 1/8/2018 | Active |
| Logo | Munire | | | | Pending |
| Trademark | Sopora | 85568051 | 4267296 | 1/1/2018 | Active |
| Logo | Sopora | 85627120 | 4261546 | 12/18/2017 | Active |
| Trademark | Nursery Chatter | 85625833 | 4268141 | 1/1/2018 | Active |
| Logo | Nursery Chatter | 85619237 | 4267961 | 1/1/2018 | Active |

*Subject to correction based on IP search

**Sched. 2.1(b)(xviii) - Avoidance Actions Being Assigned to Purchaser**

| Name |
| --- |
| Apex Shipping Co. (NYC) Inc. |
| Dragon International Furniture |
| Genesis Products, Inc. |
| GoldenFortune Co., Ltd |
| Intertek Testing Services HK |
| OEC Group New York |
| Bureau Veritas Vietnam |
| PT Kurnia Anggun |
| Qingdoa Moonbay Childrens |
| Quality Foam & Sleep Products |
| SGS North America Inc. |
| Style Craft Furniture Mfg. |
| SWK Technologies, Inc. |
| United Finishers, Inc. |

### SCHEDULE 2.2

**Rejected Agreements**

Shareholders' Agreement between Shareholders and Seller, dated May 16, 2005.

**Schedule 2.3 - In-Transit Inventory**

| Description |
| --- |

Not applicable , all in-transit inventory is being assumed by Purchaser

## SCHEDULE 3.1

**Deposits and Payments for
Manufacturing Orders made after
Asset Purchase Agreement
Execution and Prior to Closing
Consented to by Purchaser**

None

**Schedule 3.1(e)(ii)Accounts Receivable and Inventory Value Assignment**

Not applicable per Consent Order dated 12/23/14

## SCHEDULE 5.9

**Accounts Receivable Setoffs**

None

## SCHEDULE 5.11(b)

**Intellectual Property Proceedings**

None

3253297.2

## SCHEDULE 5.13(a)

**Seller Benefit Plan Exceptions**

None

## SCHEDULE 5.13(b)

**Seller Benefit Plan Exceptions**

None

# SCHEDULE 5.13(d)

## Union Contracts

None

**Schedule 5.13(e) - Mass Layoffs**

Termination of Echelon employees at Gas City, Indiana plant

## SCHEDULE 5.14

**Permit Exceptions**

None

**SCHEDULE 5.15(a)**

**Tax Return Exceptions**

None

## <u>SCHEDULE 5.15(b)</u>

**Tax Exceptions**

None

Sched. 5.16 - Insurance

| Carrier | Policy Number | Type of Insurance | Policy Dates |
|---|---|---|---|
| Liberty Mutual | WC5-53S-365068-014 | Workers compensation | 7/30/14-15 |
| AXIS | EAU76149012014 | Umbrella liability -primary | 7/7/14-15 |
| RSUI Indemnity | NHA068173 | Umbrella - 1st excess layer | 7/7/14-15 |
| Endurance American | EXC10004088901 | Umbrella - 2nd excess layer | 7/7/14-15 |
| C.N.A. | C4032670545 | Business Auto | 7/7/14-15 |
| Westchester Fire Ins. | G27470464001 | Employment Practices Liability | 7/7/14-15 |
| Navigators | GA114CGL088557IC | General liability | 7/7/14-15 |
| Hartford Fire | 13BDDFL1848 | ERISA bond | 5/28/12-15 |
| C.N.A. | C4026751159 | Property-excl stock in whrs | 1/1/14-15 |
| Aspen | OCATY0311 | Ocean/stock reporter | 1/1/14-15 |
| Ace | ADDNC4965863 | Traveler accident | 7/7/12-15 |
| Horizon Blue Cross B S of NJ | A/C #516432503 | Medical Insurance | 8/1/14-15 |
| GUARDIAN - Dental and Vision | GR. ID 00.476079 | Dental and Vision | 8/1/14-15 |