**Trenk, DiPasquale, Della Fera & Sodono, P.C.**

TRENK · DiPASQUALE
DELLA FERA · SODONO

347 Mt. Pleasant Avenue, Suite 300
West Orange, New Jersey 07052-2730
Ph: 973-243-8600
Fax: 973-243-8677

January 19, 2018

Barry Sharer
Sharer- Munire Furniture
SHARER PETREE BROTZ & SNYDER
1103 Laurel Oak Road, Suite 105B
Voorhees, NJ  08043

| | |
|---|---|
| Invoice #: | 78144 |
| Client #: | 4797 |
| Matter #: | 0001 |
| Billing Attorney: | AD |

# INVOICE SUMMARY

For professional services rendered and disbursements advanced through January 19, 2018:

**RE:  Case No. 14-29229(CMG)**
**Special Counsel to Barry Sharer**

| | |
|---|---|
| Professional Services | $ 47,136.00 |
| Total Disbursements Advanced | $ 1,336.53 |
| **TOTAL THIS INVOICE** | **$ 48,472.53** |

Trenk, DiPasquale, Della Fera & Sodono, P.C.

Invoice #:   78144

January 19, 2018

## PROFESSIONAL SERVICES RENDERED

| Date | Description | Hours | Amount | Atty |
|------|-------------|-------|--------|------|
| 9/17/15 | Review retention application as to disclosure. | .20 | 89.00 | AD |
| 9/29/15 | Preparing, efiling and serving retention application for special counsel to trustee (lengthy service list). | 3.00 | 420.00 | JLW |
| 10/03/15 | Extensive email exchange with Trustee re avoidance actions sold as part of asset purchase in Chapter 11. | .30 | 133.50 | AD |
| 10/05/15 | Review correspondence from trustee concerning insurance refund in preparation of resolving issues re same | .10 | 25.50 | RJS |
| 10/06/15 | Email exchange with Trustee re moving forward. | .10 | 44.50 | AD |
| 10/06/15 | Review correspondence to trustee concerning insurance issues in preparation of resolution of same | .10 | 25.50 | RJS |
| 10/12/15 | Review APA for areas of inquiry by the Trustee; email to Trustee re: same. | .40 | 178.00 | AD |
| 10/27/15 | Review order as to prospects to recover insurance refunds; review motion; provide guidance to Trustee re: same. | .20 | 89.00 | AD |
| 11/03/15 | Email exchange with Trustee re challenge to bank's lien on insurance refund. | .20 | 89.00 | AD |
| 1/29/16 | Telephone call from counsel to Bank Leumi re interest in tax refund. | .20 | 92.00 | AD |
| 2/12/16 | Review demand to make referral to Consumer Products Safety Commission; email to counsel to Toys R Us. | .30 | 138.00 | AD |
| 2/12/16 | Email from Trustee's accountant re additional documents needed. | .20 | 92.00 | AD |
| 2/14/16 | Draft subpoena to Heritage Baby Products; email draft to R Snyder requesting clarification. | .40 | 184.00 | AD |
| 2/14/16 | Email from R Snyder clarifying extent of subpoena; revised subpoena; letter to party serving subpoena. | .30 | 138.00 | AD |
| 2/22/16 | Review motion of Heritage Baby to force disgorgement from Bank Leumi; email exchange wtih Trustee re: same. | .30 | 138.00 | AD |
| 3/15/16 | Letter to Heritage as to subpoena response now late. | .20 | 92.00 | AD |
| 3/27/16 | Direct filing a motion to compel v Heritage Baby Products. | .10 | 46.00 | AD |
| 4/04/16 | Draft motion to compel compliance with subpoena; electronic filing of same. | 1.60 | 736.00 | AD |
| 4/04/16 | Review correspondence with trustee and counsel concerning motion to compel | .40 | 106.00 | RJS |

Trenk, DiPasquale, Della Fera & Sodono, P.C.

Invoice #:   78144                                                    January 19, 2018

| Date | Description | Hours | Amount | Atty |
|------|-------------|-------|--------|------|
| 4/12/16 | Email exchange with Chinni re motion to compel - adjournment request and organizing to get it reviewed; prepare adjournment request; email to chambers. | .40 | 184.00 | AD |
| 4/27/16 | Telephone call from R Snyder (2x) re problems on site at Heritage. | .20 | 92.00 | AD |
| 4/27/16 | Email to L Madugno re problems with today's on-site inspection. | .20 | 92.00 | AD |
| 5/01/16 | Email to Chinni re lack of cooperation with discovery. | .20 | 92.00 | AD |
| 5/04/16 | Email exchange with Trustee re waiver of attorney client privilege. | .10 | 46.00 | AD |
| 5/10/16 | Conference with R Snyder re obtaining turnover of documents. | .10 | 46.00 | AD |
| 5/13/16 | Email exchange with V Chinni re option to resolve motion to compel; conference with R Switkes re: same. | .30 | 138.00 | AD |
| 5/15/16 | Email to Chinni with record inventory. | .20 | 92.00 | AD |
| 5/15/16 | Review correspondence to counsel re documents sought | .10 | 26.50 | RJS |
| 5/16/16 | Review motion to compel in preparation of attempting to resolve same | .20 | 53.00 | RJS |
| 5/20/16 | Review correspondence to counsel re records required | .10 | 26.50 | RJS |
| 5/25/16 | Email to Chinni re deadline to respond to settlement. | .20 | 92.00 | AD |
| 5/25/16 | Draft status change form for motion to compel; docket same; email to court with status change form; review proposed consent order. | .30 | 138.00 | AD |
| 5/25/16 | Draft and revise consent order | .70 | 185.50 | RJS |
| 5/25/16 | Review various correspondence re consent order and documents to be turned over | .60 | 159.00 | RJS |
| 5/26/16 | Correspondence drafted to V. Chinni enclosing proposed consent order | .20 | 53.00 | RJS |
| 5/31/16 | Confer with A. Dobin re consent order concerning motion to compel | .20 | 53.00 | RJS |
| 5/31/16 | Correspondence drafted to V. Chinni following up re consent order | .10 | 26.50 | RJS |
| 5/31/16 | Review correspondence from V. Chinni enclosing executed consent order | .10 | 26.50 | RJS |
| 6/02/16 | Prepare certificate of consent and consent order for submission; docket certificate of consent | .50 | 132.50 | RJS |
| 6/02/16 | Correspondence drafted to chambers enclosing consent order and certificate of consent | .20 | 53.00 | RJS |
| 6/03/16 | Confer with A. Dobin re submission of stipulation concerning records | .10 | 26.50 | RJS |
| 6/06/16 | Correspondence drafted to V. Chinni and R. Snyder enclosing entered consent order | .20 | 53.00 | RJS |

Trenk, DiPasquale, Della Fera & Sodono, P.C.

Invoice #:   78144                                                       January 19, 2018

| Date | Description | Hours | Amount | Atty |
|------|-------------|-------|--------|------|
| 7/07/16 | Conference with Trustee re preparation of claim for corporate case in individual case - relating to tax refunds for taxes paid by corp. | .30 | 138.00 | AD |
| 7/08/16 | Conference with R Switkes re progress in case. | .30 | 138.00 | AD |
| 7/11/16 | Review email re preference demand/approaching statute of limitations. | .10 | 46.00 | AD |
| 7/11/16 | Review correspondence re potential avoidance actions | .20 | 53.00 | RJS |
| 7/12/16 | Telephone call to Bill Mackin re possible claim bids v IRS. | .10 | 46.00 | AD |
| 7/12/16 | Review response to demand letter issued to Comfort Care; email defendant's counsel re: same. | .20 | 92.00 | AD |
| 7/26/16 | Review accountant's report as to preferences; review status of demands, etc. | .50 | 230.00 | AD |
| 7/26/16 | Confer with A. Dobin re avoidance actions | .20 | 53.00 | RJS |
| 7/27/16 | Review preference documentation from Trustee. | .20 | 92.00 | AD |
| 7/27/16 | Review avoidance actions to be initialed with R Switkes; conference with R Snyder re: same. | .60 | 276.00 | AD |
| 7/27/16 | Review preference records; confer with A. Dobin and B. Snyder | .60 | 159.00 | RJS |
| 7/28/16 | Review names of targets for preference/fraudulent transfer suits. | .20 | 92.00 | AD |
| 7/28/16 | Review correspondence re avoidance actions | .20 | 53.00 | RJS |
| 7/29/16 | Email exchange with counsel to Comfort Care re tolling agreement. | .10 | 46.00 | AD |
| 7/29/16 | Review correspondence re response to demand letter in preparation of filing suit | .10 | 26.50 | RJS |
| 8/02/16 | Review correspondence re claim against Kempe Mason | .20 | 53.00 | RJS |
| 8/04/16 | Email from counsel to Comfort Care re need invoices to conclude analysis; email to R Snyder re: same. | .20 | 92.00 | AD |
| 8/09/16 | Email from counsel to Comfort Care re application of defenses; email to client re: same; email to Comfort Care's counsel requesting proof of financial difficulties. | .40 | 184.00 | AD |
| 8/09/16 | Conference with R Switkes re suit to be filed. | .10 | 46.00 | AD |
| 8/09/16 | Conference with R Switkes re various issues relating to filing preference suits | .30 | 138.00 | AD |
| 8/09/16 | Review accountant reports, demand letters, and draft complaints | 2.70 | 715.50 | RJS |
| 8/09/16 | Correspondence drafted to trustee and accountants re 28 USC 1409 and action against trust | .30 | 79.50 | RJS |

Trenk, DiPasquale, Della Fera & Sodono, P.C.

Invoice #:   78144

January 19, 2018

| Date | Description | Hours | Amount | Atty |
|------|-------------|-------|--------|------|
| 8/09/16 | Review Comfort Care ordinary course and new value defenses and correspondence re same | .50 | 132.50 | RJS |
| 8/09/16 | Review correspondence from R. Snyder re checks to Gormeley individually | .10 | 26.50 | RJS |
| 8/10/16 | Review allegations of insider preference - are the targets statutory insiders? | .30 | 138.00 | AD |
| 8/10/16 | Review financials from Comfort Care - forward to Trustee with counteroffer of $20,000. | .20 | 92.00 | AD |
| 8/10/16 | Review records, proofs of claim, and draft complaint | 2.20 | 583.00 | RJS |
| 8/10/16 | Correspondence drafted to Olender Feldman requesting copies of invoices | .10 | 26.50 | RJS |
| 8/10/16 | Correspondence drafted to R. Snyder and trustee re avoidance actions against insiders | 1.10 | 291.50 | RJS |
| 8/10/16 | Review correspondence from R. Snyder re avoidance actions | .20 | 53.00 | RJS |
| 8/10/16 | Review correspondence from Olender Feldman enclosing invoices | .10 | 26.50 | RJS |
| 8/10/16 | Confer with A. Dobin re insiders and new value analysis for Olender Feldman | .20 | 53.00 | RJS |
| 8/11/16 | Review Olender firm's bills re reference and payment to Maddox. | .40 | 184.00 | AD |
| 8/11/16 | Draft avoidance complaints; conduct business searches for service | 2.30 | 609.50 | RJS |
| 8/11/16 | Telephone with B. Snyder re claim against Olender Feldman | .10 | 26.50 | RJS |
| 8/11/16 | Review Olender Feldman bills to further evaluate claims | .80 | 212.00 | RJS |
| 8/11/16 | Correspondence drafted to R. Snyder re Keith Maddox and potential relationship with debtor | .20 | 53.00 | RJS |
| 8/11/16 | Correspondence drafted re addresses for Good Photo, Heritage, and the Debtor | .20 | 53.00 | RJS |
| 8/11/16 | Review correspondence to Amex counsel re preference claim | .10 | 26.50 | RJS |
| 8/11/16 | Review correspondence and new value analysis concerning claim against Olender Feldman | .20 | 53.00 | RJS |
| 8/11/16 | Review correspondence from B. Snyder re similar addresses for Good Photo, debtor, and Heritage | .10 | 26.50 | RJS |
| 8/11/16 | Draft demand to Olender Feldman re Maddox loan | .30 | 79.50 | RJS |
| 8/12/16 | Review letter to Olender firm re info about payment to Maddox. | .20 | 92.00 | AD |

Trenk, DiPasquale, Della Fera & Sodono, P.C.

Invoice #:   78144

January 19, 2018

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| 8/12/16 | Draft and revise correspondence to K. Olender re Olender Feldman claim | .70 | 185.50 | RJS |
| 8/12/16 | Correspondence drafted to trustee and B. Snyder re demand to Olender Feldman | .10 | 26.50 | RJS |
| 8/15/16 | Review docket and confirm statute of limitations for avoidance actions | .20 | 53.00 | RJS |
| 8/16/16 | Email to K Poston re claim v Comfort Care - awaiting balance sheet; responsive email offering $50,000; email to client re: same. | .30 | 138.00 | AD |
| 8/16/16 | Review correspondence from counsel to Comfort Care re settlement proposal | .10 | 26.50 | RJS |
| 8/18/16 | Review correspondence from Olender Feldman re response to our letter | .10 | 26.50 | RJS |
| 8/19/16 | Review letter from Olander re payments made by firm. | .40 | 184.00 | AD |
| 8/19/16 | Correspondence drafted to B. Snyder enclosing letter received from Olender | .10 | 26.50 | RJS |
| 8/19/16 | Review correspondence from Olender Feldman in preparation of further analysis | .20 | 53.00 | RJS |
| 8/19/16 | Review correspondence from A. Dobin and R. Snyder re Olender claim and additional information required | .20 | 53.00 | RJS |
| 8/23/16 | Review Olender Feldman documents and draft complaint | .60 | 159.00 | RJS |
| 8/29/16 | Email to Trustee re response to Comfort Care settlement offer. | .10 | 46.00 | AD |
| 8/29/16 | Review information re "Maddox" and KMC payment made by Olender. | .30 | 138.00 | AD |
| 8/29/16 | Email exchange with Amex counsel re deadline. | .10 | 46.00 | AD |
| 8/29/16 | Draft and revise avoidance action complaints | 3.60 | 954.00 | RJS |
| 8/30/16 | Email exchange with Trustee accepting settlement offer from Comfort Care; email exchange with Comfort Care counsel re: same. | .20 | 92.00 | AD |
| 8/30/16 | Draft consent order tolling statute of limitations as to Comfort Care. | .40 | 184.00 | AD |
| 8/31/16 | Draft application in support of entry of consent order and certification of service (revision needed) re same; electronic filing of same. | 1.50 | 690.00 | AD |
| 8/31/16 | Review and revise avoidance complaints. | .60 | 276.00 | AD |
| 8/31/16 | Review records and draft correspondence drafted to trustee and B. Snyder re avoidance actions to be filed | .60 | 159.00 | RJS |
| 8/31/16 | Draft and file complaints against Good Photo, HM Graphics, and Spar Marketing | 1.10 | 291.50 | RJS |
| 8/31/16 | Draft certifications to defer filing fee and file with court | .40 | 106.00 | RJS |

Trenk, DiPasquale, Della Fera & Sodono, P.C.

Invoice #:   78144

January 19, 2018

| Date | Description | Hours | Amount | Atty |
|------|-------------|-------|--------|------|
| 8/31/16 | Correspondence drafted to trustee re filed complaints | .20 | 53.00 | RJS |
| 8/31/16 | Review correspondence from R. Snyder confirming avoidance complaints to be filed | .10 | 26.50 | RJS |
| 9/06/16 | Draft 9019 Notice for Comfort Care settlement; electronic filing of same. | .40 | 184.00 | AD |
| 9/06/16 | Email to K Poston with copy of 9019 notice and consent order. | .10 | 46.00 | AD |
| 9/06/16 | Draft correspondence to Spar Marketing, HM Graphics, and Good Photo studio serving complaints | .60 | 159.00 | RJS |
| 9/06/16 | Confer with A. Dobin re stipulation of settlement concerning Comfort Care | .10 | 26.50 | RJS |
| 9/06/16 | Draft and revise complaints against Olender, Olender Feldman, KM Capital, AMEX, and Gormeley | 1.60 | 424.00 | RJS |
| 9/06/16 | Review notice of settlement concerning Comfort Care settlement in preparation of drafting stipulation re same | .10 | 26.50 | RJS |
| 9/07/16 | Draft and revise stipulation of settlement with Comfort Care | .40 | 106.00 | RJS |
| 9/07/16 | Draft avoidance complaints | .60 | 159.00 | RJS |
| 9/07/16 | Review answer deadlines and pretrial conference dates and calendar deadlines | .20 | 53.00 | RJS |
| 9/10/16 | Review proposed avoidance complaints; email to counsel to Amex - suit to be filed. | .30 | 138.00 | AD |
| 9/11/16 | Review correspondence re AMEX settlement offer and complaints to be filed | .20 | 53.00 | RJS |
| 9/12/16 | Email from counsel to Amex re offer coming. | .10 | 46.00 | AD |
| 9/12/16 | Review offer from Amex, including ordinary course defense; email to Trustee re same. | .30 | 138.00 | AD |
| 9/12/16 | Email to Amex counsel providing proof of payment by debtor and not third party. | .10 | 46.00 | AD |
| 9/12/16 | Email exchange with client re analysis of ordinary course of business; email to counsel to Amex re offer to settle at $40,000. | .30 | 138.00 | AD |
| 9/12/16 | Finalize complaints against Olender, Olender Feldman, LLP, KM Capital, and Michael Gormeley; prepare summons and agreements to defer filing fee; and file same | 2.10 | 556.50 | RJS |
| 9/12/16 | Confer with A. Dobin re filing of avoidance complaints | .10 | 26.50 | RJS |

Trenk, DiPasquale, Della Fera & Sodono, P.C.

Invoice #:   78144                                                    January 19, 2018

| Date | Description | Hours | Amount | Atty |
|------|-------------|-------|--------|------|
| 9/12/16 | Correspondence drafted to trustee enclosing draft stipulation of settlement concerning Comfort Care | .20 | 53.00 | RJS |
| 9/12/16 | Draft and revise stipulation and order concerning Comfort Care settlement | .20 | 53.00 | RJS |
| 9/12/16 | Correspondence drafted to trustee concerning adversary complaints filed and certifications and agreements to pay filing fee | .20 | 53.00 | RJS |
| 9/12/16 | Review various correspondence concerning settlement offers of preference against AMEX | .40 | 106.00 | RJS |
| 9/12/16 | Review correspondence from trustee's office re certifications and agreements to pay filing fees | .10 | 26.50 | RJS |
| 9/13/16 | Review and revise stipulation concerning Comfort Care settlement | .10 | 26.50 | RJS |
| 9/13/16 | Draft correspondence serving complaints on Gormeley, K. Olender, Olender Feldman, and KM Capital | .50 | 132.50 | RJS |
| 9/13/16 | Review deadlines for Olender, et. al. and Gormeley adversary proceedings and calendar answer deadlines and pre-trial hearing dates | .10 | 26.50 | RJS |
| 9/13/16 | Correspondence drafted to Comfort Care counsel enclosing draft stipulation and order | .10 | 26.50 | RJS |
| 9/14/16 | Record notes as to settlement discussions. | .10 | 46.00 | AD |
| 9/14/16 | Email from Amex to settle claim - $30,000 counteroffer; email exchange with B Sharer re: same; email to counsel accepting offer. | .30 | 138.00 | AD |
| 9/14/16 | Draft stipulation extending statute of limitations for Amex claim; email to counsel. | .30 | 138.00 | AD |
| 9/14/16 | Confer with A. Dobin re avoidance actions and settlement discussions | .20 | 53.00 | RJS |
| 9/14/16 | Review executed Comfort Care stipulation and execute same | .10 | 26.50 | RJS |
| 9/14/16 | Draft and revise application in support of entry of Comfort Care consent order and review information for service list | 1.30 | 344.50 | RJS |
| 9/14/16 | Confer with A. Dobin re Comfort Care application | .10 | 26.50 | RJS |
| 9/14/16 | Correspondence drafted to Comfort Care counsel enclosing fully executed stipulation | .10 | 26.50 | RJS |
| 9/14/16 | Review correspondence from Comfort Care counsel re stipulation | .10 | 26.50 | RJS |
| 9/14/16 | Review correspondence to and from trustee re acceptance of AMEX settlement offer | .20 | 53.00 | RJS |
| 9/14/16 | Review correspondence to AMEX counsel enclosing tolling stipulation | .10 | 26.50 | RJS |

Trenk, DiPasquale, Della Fera & Sodono, P.C.

Invoice #:  78144                                                      January 19, 2018

| Date | Description | Hours | Amount | Atty |
|------|-------------|-------|--------|------|
| 9/15/16 | Correspondence drafted to AMEX counsel re tolling stipulation | .10 | 26.50 | RJS |
| 9/15/16 | Confer with A. Dobin re AMEX stipulation | .20 | 53.00 | RJS |
| 9/15/16 | Review correspondence from AMEX counsel re tolling consent order | .10 | 26.50 | RJS |
| 9/16/16 | Review executed tolling consent order and countersign same | .10 | 26.50 | RJS |
| 9/16/16 | Draft and revise application in support of AMEX tolling consent order | .70 | 185.50 | RJS |
| 9/16/16 | Draft and revise application in support of entry of Comfort Care consent order and file with court | .50 | 132.50 | RJS |
| 9/16/16 | Review docket and draft certificate of service for AMEX and Comfort Care Applications | .70 | 185.50 | RJS |
| 9/16/16 | Correspondence drafted to AMEX counsel enclosing executed tolling stipulation | .10 | 26.50 | RJS |
| 9/16/16 | Review correspondence from AMEX counsel re tolling stipulation | .10 | 26.50 | RJS |
| 9/19/16 | Draft and revise stipulation of settlement | .40 | 106.00 | RJS |
| 9/19/16 | Review correspondence concerning settlement terms, draft 9019 notice concerning AMEX settlement, and file same | .40 | 106.00 | RJS |
| 9/19/16 | Confer with A. Dobin re 9019 notice for AMEX | .10 | 26.50 | RJS |
| 9/19/16 | Correspondence drafted to trustee enclosing proposed AMEX stipulation for review and approval | .10 | 26.50 | RJS |
| 9/19/16 | Review list of avoidance actions and actions filed to confirm statute of limitations satisfied | .20 | 53.00 | RJS |
| 9/20/16 | Conference with R Switkes re service issues for complaints. | .30 | 138.00 | AD |
| 9/20/16 | Review returned mail and research location of Good Photo Studio | .80 | 212.00 | RJS |
| 9/20/16 | Review and finalize stipulation and order concerning AMEX settlement | .20 | 53.00 | RJS |
| 9/20/16 | Research services rules in preparation of further attempting service on Good Photo | .40 | 106.00 | RJS |
| 9/20/16 | Draft alias summons and request and docket with court | .40 | 106.00 | RJS |
| 9/20/16 | Correspondence drafted to R. Snyder re address for Good Photo Studio in preparation of further attempting service | .20 | 53.00 | RJS |
| 9/20/16 | Correspondence drafted to AMEX counsel enclosing draft stipulation and order | .10 | 26.50 | RJS |
| 9/20/16 | Correspondence drafted requesting Accurint search concerning Good Photo Studio | .10 | 26.50 | RJS |

Trenk, DiPasquale, Della Fera & Sodono, P.C.

Invoice #:   78144

January 19, 2018

| Date | Description | Hours | Amount | Atty |
|------|-------------|-------|--------|------|
| 9/20/16 | Review correspondence from trustee authorizing AMEX stipulation of settlement | .10 | 26.50 | RJS |
| 9/20/16 | Review correspondence from B. Snyder and M. Dilks re address for Good Photo Studio | .20 | 53.00 | RJS |
| 9/20/16 | Review Accurint searches for Good Photo Studio and registered agent | .20 | 53.00 | RJS |
| 9/20/16 | Accurint Search for address for Shane Richards and Good Photo Studios LLC | .30 | 63.00 | JMK |
| 9/21/16 | Review Good Photo Studio accurint reports in preparation of service of alias summons | .20 | 53.00 | RJS |
| 9/22/16 | Draft and revise application in support of entry of stipulation of settlement concerning AMEX | .20 | 53.00 | RJS |
| 9/23/16 | Correspondence drafted to AMEX counsel following up on status of Stipulation of Settlement | .20 | 53.00 | RJS |
| 9/23/16 | Telephone call with M. Weaver re AMEX stipulation of settlement | .10 | 26.50 | RJS |
| 9/23/16 | Review section 502(h) following call from AMEX re its desire to retain right to file a proof of claim | .10 | 26.50 | RJS |
| 9/23/16 | Draft and revise stipulation of settlement | .10 | 26.50 | RJS |
| 9/23/16 | Confer with trustee re AMEX's request concerning 502(h) rights | .30 | 79.50 | RJS |
| 9/23/16 | Review docket, schedules, and claims concerning outstanding claims in preparation of addressing AMEX 502(h) request | .30 | 79.50 | RJS |
| 9/23/16 | Review addresses of registered agent of Good Photo and draft letter serving complaint and alias summons | .30 | 79.50 | RJS |
| 9/27/16 | Email exchange with amex counsel re change to stipulation; finalize same. | .20 | 92.00 | AD |
| 9/27/16 | Review correspondence by AMEX counsel re stipulation | .30 | 79.50 | RJS |
| 9/28/16 | Review entered stipulation as to Comfort Care settlement; email exchange with K Poston re payment of amount due under settlement. | .20 | 92.00 | AD |
| 9/28/16 | Review correspondence re Comfort Care settlement payment | .30 | 79.50 | RJS |
| 9/29/16 | Email to K Poston re entry of certificate of no objection on settlement. | .10 | 46.00 | AD |
| 9/29/16 | Review correspondence re Comfort Care settlement payment | .10 | 26.50 | RJS |
| 10/04/16 | Confer with A. Dobin re message form Olender counsel | .20 | 53.00 | RJS |
| 10/05/16 | Email exchange with J August re extension of time to answer. | .10 | 46.00 | AD |

Trenk, DiPasquale, Della Fera & Sodono, P.C.

Invoice #:   78144

January 19, 2018

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| 10/05/16 | Review status of alias summons in Good Photo Studio adv. pro. | .20 | 53.00 | RJS |
| 10/05/16 | Draft and revise request for alias summons and file with court | .30 | 79.50 | RJS |
| 10/07/16 | Review alias summons; accurint searches; and draft and revise letter to Good Photo Studio serving complaint and pretrial package | .40 | 106.00 | RJS |
| 10/07/16 | Review redlined AMEX stipulation in preparation of finalizing same | .20 | 53.00 | RJS |
| 10/07/16 | Confer with AD re status of AMEX stipulation of settlement | .10 | 26.50 | RJS |
| 10/07/16 | Review complaint, HM Graphics answer, and e-mail B. Snyder re same | .50 | 132.50 | RJS |
| 10/07/16 | Correspondence drafted to AMEX counsel re status of executed stipulation | .20 | 53.00 | RJS |
| 10/07/16 | Correspondence drafted to trustee re W-9 | .20 | 53.00 | RJS |
| 10/07/16 | Correspondence drafted to HM Graphics counsel re purchase order and proof of delivery | .20 | 53.00 | RJS |
| 10/07/16 | Review correspondence from AMEX counsel re execution of stipulation of settlement | .10 | 26.50 | RJS |
| 10/07/16 | Review correspondence from R. Snyder re HM Graphics new value analysis | .10 | 26.50 | RJS |
| 10/07/16 | Review executed stipulation of settlement with AMEX | .10 | 26.50 | RJS |
| 10/10/16 | Correspondence drafted serving complaint and pretrial package on Good Photo | .10 | 26.50 | RJS |
| 10/10/16 | Draft and revise application in support of entry of AMEX stipulation; file same; and draft certification of service | 1.30 | 344.50 | RJS |
| 10/10/16 | Confer with A. Dobin re W-9 for AMEX | .10 | 26.50 | RJS |
| 10/10/16 | Correspondence drafted to AMEX counsel enclosing W-9 and executed stipulation of settlement | .10 | 26.50 | RJS |
| 10/10/16 | Review W-9 and correspondence re same | .10 | 26.50 | RJS |
| 10/11/16 | Review correspondence from HM Graphics counsel re production of documentation and draft correspondence to R. Snyder re same | .20 | 53.00 | RJS |
| 10/11/16 | Review correspondence from AMEX counsel re settlement check | .10 | 26.50 | RJS |
| 10/13/16 | Telephone call with Trustee re liens on avoidance actions, etc. | .20 | 92.00 | AD |
| 10/13/16 | Draft certificate of service concerning service of AMEX application and file with court | .20 | 53.00 | RJS |

Trenk, DiPasquale, Della Fera & Sodono, P.C.

Invoice #:   78144

January 19, 2018

| Date | Description | Hours | Amount | Atty |
|------|-------------|-------|--------|------|
| 10/14/16 | Telephone call with K. Straub on behalf of Good Photo re answer to complaint | .10 | 26.50 | RJS |
| 10/18/16 | Review entered certification of no objection and stipulation of settlement | .20 | 53.00 | RJS |
| 10/18/16 | Correspondence drafted to AMEX counsel enclosing cert. of no objection and entered stipulation | .20 | 53.00 | RJS |
| 10/19/16 | Review stipulation of settlement; settlement check; and draft correspondence to trustee distributing same | .30 | 79.50 | RJS |
| 10/19/16 | Review AMEX settlement check and draft correspondence to counsel re same | .20 | 53.00 | RJS |
| 10/24/16 | Review docket and calendar pre-trial conference for Good Photo adversary proceeding | .10 | 26.50 | RJS |
| 10/24/16 | Review docket and draft correspondence to HM Graphics counsel requesting information | .20 | 53.00 | RJS |
| 10/27/16 | Telephone call to court re adjournment of HM Graphics pre-trial conference | .10 | 26.50 | RJS |
| 10/27/16 | Draft and revise adjournment request | .20 | 53.00 | RJS |
| 10/27/16 | Telephone call with Spar Marketing re complaint | .20 | 53.00 | RJS |
| 10/27/16 | Review dockets of avoidance actions and track deadlines | .30 | 79.50 | RJS |
| 10/27/16 | Correspondence drafted to HM Graphics counsel re adjournment of pretrial conference | .40 | 106.00 | RJS |
| 10/27/16 | Correspondence drafted to chambers enclosing adjournment request form for HM Graphics pretrial conference | .10 | 26.50 | RJS |
| 10/27/16 | Review correspondence from HM Graphics counsel and court re adjournment of pretrial conference | .50 | 132.50 | RJS |
| 10/28/16 | Draft and revise request for entry of default, affidavit in support of default, and proposed entry of default against M. Gormeley and file with court | .80 | 212.00 | RJS |
| 10/31/16 | Review entry of default against Gormeley and confer with A. Dobin re same | .20 | 53.00 | RJS |
| 10/31/16 | Draft and revise affidavit in support of request for default judgment against Gormeley | .70 | 185.50 | RJS |
| 11/01/16 | Review complaint and telephone call to K. Lucid re Good Photo action | .20 | 53.00 | RJS |
| 11/01/16 | Review checks in preparation default application | .70 | 185.50 | RJS |

Trenk, DiPasquale, Della Fera & Sodono, P.C.

Invoice #:   78144

January 19, 2018

| Date | Description | Hours | Amount | Atty |
|------|-------------|-------|--------|------|
| 11/02/16 | Review checks and finalize request for entry of default judgment and file same | 1.30 | 344.50 | RJS |
| 11/02/16 | Correspondence drafted to trustee re affidavit in support request for entry of default judgment and collection efforts | .40 | 106.00 | RJS |
| 11/02/16 | Review correspondence from trustee re request for entry of default judgment and collection efforts | .30 | 79.50 | RJS |
| 11/03/16 | Review Gormeley bankruptcy documents - valuation. | .20 | 92.00 | AD |
| 11/03/16 | Telephone call with Good Photo Studio counsel re extension of time to answer and potential defenses | .10 | 26.50 | RJS |
| 11/03/16 | Review Gormeley bankruptcy information, business information in preparation of judgment enforcement efforts | .40 | 106.00 | RJS |
| 11/03/16 | Draft information subpoena to Gormeley | .20 | 53.00 | RJS |
| 11/03/16 | Confer with A. Dobin re Gormeley judgment and enforcement | .20 | 53.00 | RJS |
| 11/03/16 | Confer with T. Olsen re request for certified copy of Gormeley judgment | .10 | 26.50 | RJS |
| 11/03/16 | Review entered default judgment against M. Gormeley | .10 | 26.50 | RJS |
| 11/03/16 | Review judgment enforcement procedures in preparation of recording Gormely judgment | .20 | 53.00 | RJS |
| 11/04/16 | Review judgment; draft information subpoena; draft letter serving documents on Gormeley | 1.10 | 291.50 | RJS |
| 11/04/16 | Review settlement information from Spar and related documents | .30 | 79.50 | RJS |
| 11/07/16 | Review status of avoidance actions and update status chart | .40 | 106.00 | RJS |
| 11/07/16 | Review prior correspondence and draft correspondence to Spar re source documentation | .20 | 53.00 | RJS |
| 11/07/16 | Draft letter to court requesting certified copy of Gormeley judgment | .20 | 53.00 | RJS |
| 11/08/16 | Review letter from Olender. | .10 | 46.00 | AD |
| 11/08/16 | Review settlement correspondence from Olender, et. al, complaint, and new value analysis in preparation of response | .90 | 238.50 | RJS |
| 11/08/16 | Review Gormeley docket and schedules and draft correspondence to trustee re collection efforts | .60 | 159.00 | RJS |
| 11/08/16 | Review response to notice of compromise concerning tax refund | .10 | 26.50 | RJS |
| 11/08/16 | Review correspondence from Trustee re judgment against Gormeley | .10 | 26.50 | RJS |

Trenk, DiPasquale, Della Fera & Sodono, P.C.

Invoice #:   78144

January 19, 2018

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| 11/09/16 | Conference with R Switkes re challenge to Olender preference/fraudulent transfer claim. | .20 | 92.00 | AD |
| 11/09/16 | Review Olender settlement correspondence and confer with A. Dobin re same | .40 | 106.00 | RJS |
| 11/09/16 | Correspond with J. August re adjournment of pretrial and extension of time to answer | .20 | 53.00 | RJS |
| 11/09/16 | Review correspondence from J. August re response to request for extension of time to answer | .10 | 26.50 | RJS |
| 11/10/16 | Telephone call with court re pretrial | .10 | 26.50 | RJS |
| 11/10/16 | Correspondence drafted to Good Photo counsel re extension of time to answer and adjournment of pretrial | .20 | 53.00 | RJS |
| 11/10/16 | Review correspondence from court re Good Photo pretrial | .10 | 26.50 | RJS |
| 11/10/16 | Review correspondence from counsel re adjournment of pretrial conference | .20 | 53.00 | RJS |
| 11/10/16 | Review filed stipulation extending the time to answer | .10 | 26.50 | RJS |
| 11/11/16 | Conduct legal research re insider status | .30 | 79.50 | RJS |
| 11/14/16 | Draft adjournment request for Good Photo pre-trial hearing and submit to chambers | .30 | 79.50 | RJS |
| 11/14/16 | Telephone call with R. Snyder | .20 | 53.00 | RJS |
| 11/14/16 | Telephone call with Spar marketing re settlement | .10 | 26.50 | RJS |
| 11/14/16 | Review letter from Heritage re notice of settlement | .10 | 26.50 | RJS |
| 11/14/16 | Review correspondence from court re granting adjournment request | .20 | 53.00 | RJS |
| 11/14/16 | Correspondence drafted to trustee and accountants re letter received and new value analysis concerning Olender | .50 | 132.50 | RJS |
| 11/14/16 | Correspondence drafted to Spar re information required | .20 | 53.00 | RJS |
| 11/16/16 | Review judgment and confer with J. Kisla re recording same | .20 | 53.00 | RJS |
| 11/16/16 | Review documents provided by Spar; complaint; and analyze same | .60 | 159.00 | RJS |
| 11/16/16 | Review Gormeley judgment and confer with J. Kisla re recording | .30 | 79.50 | RJS |
| 11/16/16 | Correspondence drafted to B. Snyder re information received from Spar Marketing | .20 | 53.00 | RJS |
| 11/17/16 | Conduct legal research re insider and earmarking | .90 | 238.50 | RJS |
| 11/17/16 | Telephone call with B. Snyder re Spar Marketing | .10 | 26.50 | RJS |

Trenk, DiPasquale, Della Fera & Sodono, P.C.

Invoice #:   78144                                              January 19, 2018

| Date | Description | Hours | Amount | Atty |
|------|-------------|-------|--------|------|
| 11/17/16 | Review complaint and documentation provided by Spar | .50 | 132.50 | RJS |
| 11/18/16 | Review draft affidavit in support of recording foreign judgment | .20 | 53.00 | RJS |
| 11/28/16 | Draft correspondence to trustee enclosing settlement | .20 | 53.00 | RJS |
| 11/29/16 | Correspondence drafted to HM Graphics counsel following up on request for documentation | .20 | 53.00 | RJS |
| 11/30/16 | Draft and revise adjournment request of Spar pre-trial | .20 | 53.00 | RJS |
| 11/30/16 | Review and analyze Spar records | .60 | 159.00 | RJS |
| 11/30/16 | Review relevant rules, draft affidavit in support of recording foreign judgment, and correspondence requesting docketing of same | 1.40 | 371.00 | RJS |
| 11/30/16 | Correspond with court re adjournment of Spar Marketing pretrial | .20 | 53.00 | RJS |
| 11/30/16 | Review correspondence from court re upcoming pretrial conferences | .20 | 53.00 | RJS |
| 11/30/16 | Review correspondence from court re adjournment of pretrial hearing | .10 | 26.50 | RJS |
| 12/01/16 | Conference with R Switkes re moving the Olender adversary proceeding forward. | .10 | 46.00 | AD |
| 12/01/16 | Conference with R Switkes re Spar Marketing defenses - settlement posture. | .20 | 92.00 | AD |
| 12/01/16 | Review docket and correspondence re Good Photo deadlines | .20 | 53.00 | RJS |
| 12/01/16 | Conduct legal research re shareholder preferences and definitions of non-statutory insiders | .70 | 185.50 | RJS |
| 12/01/16 | Correspondence drafted to trustee re status of Spar settlement negotiations | .70 | 185.50 | RJS |
| 12/01/16 | Correspondence drafted to Spar with $7,500 settlement proposal | .30 | 79.50 | RJS |
| 12/01/16 | Correspondence drafted to HM Graphics counsel requesting status of documents requested | .30 | 79.50 | RJS |
| 12/01/16 | Review correspondence from trustee providing settlement authority concerning Spar action | .10 | 26.50 | RJS |
| 12/02/16 | Conference with R Switkes re response to Olender demand for dismissal. | .20 | 92.00 | AD |
| 12/02/16 | Correspondence drafted to chambers enclosing adjournment request concerning HM Graphics pre trial | .10 | 26.50 | RJS |
| 12/02/16 | Review correspondence from chambers confirming adjournment of pretrial | .10 | 26.50 | RJS |
| 12/05/16 | Conference with R Switkes re 502(h) request from Spar. | .10 | 46.00 | AD |

Trenk, DiPasquale, Della Fera & Sodono, P.C.

Invoice #:   78144                                                    January 19, 2018

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| 12/05/16 | Review Spar claim in order to finalize terms of settlement | .40 | 106.00 | RJS |
| 12/05/16 | Conduct legal research; draft response to Olender position letter | 3.60 | 954.00 | RJS |
| 12/05/16 | Correspondence drafted to Spar Marketing re terms of settlement | .60 | 159.00 | RJS |
| 12/05/16 | Correspondence drafted to trustee advising him of Spar settlement | .10 | 26.50 | RJS |
| 12/05/16 | Review correspondence from Spar re settlement terms | .20 | 53.00 | RJS |
| 12/05/16 | Review determination of adjournment request re HM Graphics pretrial | .10 | 26.50 | RJS |
| 12/06/16 | Update preference action status chart | .10 | 26.50 | RJS |
| 12/06/16 | Draft and finalize settlement correspondence to John August | .60 | 159.00 | RJS |
| 12/06/16 | Draft and file notices of Spar settlement | .50 | 132.50 | RJS |
| 12/06/16 | Correspondence drafted to trustee enclosing response to Olender | .10 | 26.50 | RJS |
| 12/07/16 | Telephone call with J August re request for extension/declined. | .20 | 92.00 | AD |
| 12/07/16 | Correspondence drafted to Olender counsel re extension of time to asnwer | .10 | 26.50 | RJS |
| 12/07/16 | Review correspondence from Olender counsel re request for extension of time to answer | .20 | 53.00 | RJS |
| 12/08/16 | Correspondence drafted to Good Photo counsel requesting status of answer or settlement proposal | .10 | 26.50 | RJS |
| 12/08/16 | Review correspondence from counsel to Good Photo re status of settlement offer and answer | .10 | 26.50 | RJS |
| 12/12/16 | Review information subpoena response from Gormely | .20 | 53.00 | RJS |
| 12/12/16 | Review Good Photo answer to complaint | .40 | 106.00 | RJS |
| 12/13/16 | Review Good Photo answer and exhibits | .30 | 79.50 | RJS |
| 12/14/16 | Correspondence drafted to B. Snyder re Good Photo documentation and analysis | .20 | 53.00 | RJS |
| 12/15/16 | Telephone call with B. Snyder re Good Photo answer and defenses | .20 | 53.00 | RJS |
| 12/16/16 | Review correspondence from Good Photo counsel re information required to evaluate settlement | .20 | 53.00 | RJS |
| 12/16/16 | Correspondence drafted to Good Photo re status of settlement proposal | .20 | 53.00 | RJS |
| 12/19/16 | Confer with B. Snyder re information required from Good Photo | .20 | 53.00 | RJS |
| 12/19/16 | Correspondence drafted to Good Photo re documents required | .20 | 53.00 | RJS |
| 12/20/16 | Draft and revise stipulation of settlement concerning Spar | .60 | 159.00 | RJS |

Trenk, DiPasquale, Della Fera & Sodono, P.C.

Invoice #:  78144                                                January 19, 2018

| Date | Description | Hours | Amount | Atty |
|------|-------------|-------|--------|------|
| 12/20/16 | Review dockets and update chart concerning status of avoidance actions | .20 | 53.00 | RJS |
| 12/20/16 | Correspondence drafted to HM Graphics counsel following up on request for documents | .10 | 26.50 | RJS |
| 12/20/16 | Correspondence drafted to Trustee re stipulation of settlement with Spar | .20 | 53.00 | RJS |
| 12/20/16 | Correspondence drafted to Spar re stipulation of settlement | .30 | 79.50 | RJS |
| 12/20/16 | Review correspondence from trustee approving stipulation of settlement with Spar | .10 | 26.50 | RJS |
| 12/20/16 | Review correspondence from Spar re stipulation of settlement | .20 | 53.00 | RJS |
| 12/21/16 | Draft certificate of consent and finalize consent order for submission | .40 | 106.00 | RJS |
| 12/21/16 | Correspondence drafted to trustee re finalizing Spar settlement | .10 | 26.50 | RJS |
| 12/21/16 | Correspondence drafted to Spar re stipulation of settlement | .10 | 26.50 | RJS |
| 12/21/16 | Correspondence drafted to chambers submitting certificate of consent and proposed Spar stipulation of settlement | .20 | 53.00 | RJS |
| 12/22/16 | Review entered Spar stipulation of settlement | .10 | 26.50 | RJS |
| 12/27/16 | Review correspondence from Spar re original consent order | .10 | 26.50 | RJS |
| 12/28/16 | Review entered stipulation of settlement and certification of no objection re Spar settlement | .20 | 53.00 | RJS |
| 12/28/16 | Correspondence drafted to Spar Marketing enclosing stipulation of settlement and certification of no objection | .20 | 53.00 | RJS |
| 12/28/16 | Review certification of no objection re Spar settlement | .10 | 26.50 | RJS |
| 12/28/16 | Review correspondence from Spar marketing re settlement payment | .10 | 26.50 | RJS |
| 12/29/16 | Correspondence drafted to Spar re 502(h) right and settlement payment | .20 | 53.00 | RJS |
| 12/30/16 | Review answer of Olender, et. al. and correspondence re same | .20 | 53.00 | RJS |
| 1/03/17 | Correspondence drafted Olender counsel requesting availability for settlement conference call | .20 | 54.00 | RJS |
| 1/03/17 | Review prior correspondence and review status of pending adversary proceedings | .30 | 81.00 | RJS |
| 1/03/17 | Review information subpoena responses from Gormeley in preparation of making demand and/or analyzing whether to sell judgment | .20 | 54.00 | RJS |
| 1/04/17 | Review Olender analysis for settlement purposes. | .20 | 93.00 | AD |

Trenk, DiPasquale, Della Fera & Sodono, P.C.

Invoice #:   78144

January 19, 2018

| Date | Description | Hours | Amount | Atty |
|------|-------------|-------|--------|------|
| 1/04/17 | Review stipulation of settlement and related correspondence and draft correspondence to trustee enclosing Spar settlement check and related documents | .30 | 81.00 | RJS |
| 1/04/17 | Correspondence drafted to Spar confirming receipt of settlement check | .10 | 27.00 | RJS |
| 1/04/17 | Review pleadings, prior correspondence, new value analysis and drafted correspondence to Trustee concerning claims in Olender action in anticipation of conference call with counsel | 2.10 | 567.00 | RJS |
| 1/05/17 | Correspondence drafted to trustee re telephone call concerning Olender action | .10 | 27.00 | RJS |
| 1/05/17 | Review correspondence from trustee re Olender settlement authority | .10 | 27.00 | RJS |
| 1/06/17 | Telephone call with J August re settlement prospects in Olender adversary (offer at $3,500, then increased); email to Trustee re settlement authority; conference with R Switkes re same. | .80 | 372.00 | AD |
| 1/06/17 | Email exchange with Trustee re settlement authority ($25k); convey settlement offer to J August; receive response. | .20 | 93.00 | AD |
| 1/06/17 | Review pleadings and correspondence prior to call | 1.10 | 297.00 | RJS |
| 1/06/17 | Confer with A. Dobin following call with Olender counsel | .20 | 54.00 | RJS |
| 1/06/17 | Review status of adversary proceedings and update status chart | .20 | 54.00 | RJS |
| 1/06/17 | Correspondence drafted to Good Photo counsel following up on request for information | .10 | 27.00 | RJS |
| 1/06/17 | Correspondence drafted to HM Graphics counsel following up on request for information | .10 | 27.00 | RJS |
| 1/06/17 | Correspondence drafted to Trustee providing updates and analysis on Good Photo and HM Graphics adversary proceedings | .60 | 162.00 | RJS |
| 1/06/17 | Review correspondence from trustee re requirement for additional information from HM Graphics and Good Photo | .10 | 27.00 | RJS |
| 1/06/17 | Review various correspondence re settlement offers to and from Olender | 1.10 | 297.00 | RJS |
| 1/09/17 | Review complaint; draft and revise stipulation of settlement concerning Olender action | 1.20 | 324.00 | RJS |
| 1/10/17 | Draft and revise joint scheduling orders for remaining adversary proceedings | .40 | 108.00 | RJS |
| 1/10/17 | Update status chart concerning pending adversary proceedings | .10 | 27.00 | RJS |
| 1/10/17 | Correspondence drafted to Good Photo counsel re mediation and joint scheduling order | .20 | 54.00 | RJS |

Trenk, DiPasquale, Della Fera & Sodono, P.C.

Invoice #:  78144

January 19, 2018

| Date | Description | Hours | Amount | Atty |
|------|-------------|-------|--------|------|
| 1/10/17 | Correspondence drafted to HM Graphics counsel re mediation, joint scheduling order, and settlement proposal | .60 | 162.00 | RJS |
| 1/10/17 | Correspondence drafted to trustee re response received from Good Photo re document request and mediation | .20 | 54.00 | RJS |
| 1/10/17 | Confer with A. Dobin re mediators | .20 | 54.00 | RJS |
| 1/10/17 | Correspondence drafted to trustee re HM Graphics response concerning settlement and mediators | .30 | 81.00 | RJS |
| 1/10/17 | Review correspondence from Good Photo counsel re mediation | .10 | 27.00 | RJS |
| 1/10/17 | Review correspondence from HM Graphics counsel re mediation and settlement offer | .20 | 54.00 | RJS |
| 1/10/17 | Review correspondence from trustee re settlement offer to HM Graphics | .10 | 27.00 | RJS |
| 1/11/17 | Review and revise stipulation of settlement - Olender. | .20 | 93.00 | AD |
| 1/11/17 | Revise stipulation of settlement and draft notice of settlement | 1.20 | 324.00 | RJS |
| 1/11/17 | Correspondence drafted to HM Graphics re counteroffer | .10 | 27.00 | RJS |
| 1/11/17 | Correspondence drafted to trustee re draft Olender stipulation of settlement | .30 | 81.00 | RJS |
| 1/11/17 | Correspondence drafted to Olender counsel re stipulation of settlement | .20 | 54.00 | RJS |
| 1/11/17 | Confer with A. Dobin re comments to Olender stipulation | .10 | 27.00 | RJS |
| 1/11/17 | Review correspondence from trustee authorizing draft of Olender stipulation | .10 | 27.00 | RJS |
| 1/11/17 | Review correspondence from Olender counsel re comments to consent order | .20 | 54.00 | RJS |
| 1/12/17 | Correspondence drafted to trustee re selection of mediator for Good Photo case | .20 | 54.00 | RJS |
| 1/12/17 | Correspondence drafted to B. Snyder re documents required from Good Photo to complete analysis | .20 | 54.00 | RJS |
| 1/12/17 | Correspondence drafted to court advising of Olender settlement | .10 | 27.00 | RJS |
| 1/12/17 | Correspondence drafted to Good Photo counsel re mediator selection | .20 | 54.00 | RJS |
| 1/12/17 | Correspondence drafted to Peter Broege enclosing complaint and answer to inquire whether he will serve as mediator in Good Photo adversary proceeding | .20 | 54.00 | RJS |
| 1/12/17 | Correspondence drafted to Good Photo counsel enclosing invoice that requires further evidentiary support | .20 | 54.00 | RJS |

Trenk, DiPasquale, Della Fera & Sodono, P.C.

Invoice #:   78144                                                    January 19, 2018

| Date | Description | Hours | Amount | Atty |
|------|-------------|-------|--------|------|
| 1/12/17 | Correspondence drafted to trustee advising of HM Graphics settlement | .10 | 27.00 | RJS |
| 1/12/17 | Correspondence drafted to court advising that pre trial orders were to be submitted in Good Photo adversary proceeding | .10 | 27.00 | RJS |
| 1/12/17 | Correspondence drafted to HM Graphics counsel re settlement documentation | .10 | 27.00 | RJS |
| 1/12/17 | Correspondence drafted to court advising of HM Graphics settlement | .10 | 27.00 | RJS |
| 1/12/17 | Review correspondence from trustee re selection of P. Broege as mediator in Good Photo action | .10 | 27.00 | RJS |
| 1/12/17 | Review correspondence from court re pretrial conferences in Good Photo, Olender, and HM Graphics actions | .20 | 54.00 | RJS |
| 1/12/17 | Review correspondence from J. August re advising court re settlement | .10 | 27.00 | RJS |
| 1/12/17 | Review correspondence from court re marking Olender settlement on calendar | .10 | 27.00 | RJS |
| 1/12/17 | Review correspondence from K. Lucid re selection of P. Broege as mediator | .10 | 27.00 | RJS |
| 1/12/17 | Review correspondence from B. Snyder re Good Photo invoice and additional documentation required | .20 | 54.00 | RJS |
| 1/12/17 | Review correspondence from P. Broege re serving as mediator | .10 | 27.00 | RJS |
| 1/12/17 | Review correspondence from HM Graphics counsel re settlement documentation | .10 | 27.00 | RJS |
| 1/13/17 | Confer with A. Dobin re Good Photo mediation | .10 | 27.00 | RJS |
| 1/13/17 | Correspondence drafted to trustee and R. Snyder re status of adversary proceedings and Good Photo mediation | .10 | 27.00 | RJS |
| 1/13/17 | Correspondence drafted to court enclosing Good Photo joint mediation and scheduling orders | .10 | 27.00 | RJS |
| 1/13/17 | Correspondence drafted to mediator re mediation order | .10 | 27.00 | RJS |
| 1/17/17 | Review redlined stipulation of settlement; confer with A. Dobin re same | .30 | 81.00 | RJS |
| 1/17/17 | Review correspondence from chambers confirming no appearance required at pretrial conference | .10 | 27.00 | RJS |
| 1/17/17 | Review correspondence from Olender counsel enclosing redlined stipulation of settlement | .10 | 27.00 | RJS |
| 1/17/17 | Review correspondence from HM Graphics counsel concerning settlement documentation | .10 | 27.00 | RJS |

Trenk, DiPasquale, Della Fera & Sodono, P.C.

Invoice #:   78144

January 19, 2018

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| 1/18/17 | Conference with R Switkes re arranging for mediation before P Broege. | .10 | 46.50 | AD |
| 1/18/17 | Review complaint, answer, correspondence, and draft stipulation of settlement with HM Graphics | .70 | 189.00 | RJS |
| 1/18/17 | Review entered mediation order and send same to P. Broege in anticipation of Good Photo mediation | .20 | 54.00 | RJS |
| 1/18/17 | Correspondence drafted to trustee enclosing proposed stipulation of settlement concerning HM Graphics | .10 | 27.00 | RJS |
| 1/19/17 | Review changes to Olender stipulation and conference with R Switkes re: same. | .20 | 93.00 | AD |
| 1/19/17 | Review and revise HM Graphics subpoena | .40 | 108.00 | RJS |
| 1/19/17 | Review and revise HM Graphic stipulation of settlement | .40 | 108.00 | RJS |
| 1/19/17 | Correspondence drafted to HM Graphics counsel enclosing draft stipulation of settlement | .10 | 27.00 | RJS |
| 1/19/17 | Review comments to Olender stipulation; confer with A. Dobin re same; draft correspondence to trustee re same | .60 | 162.00 | RJS |
| 1/19/17 | Review minutes of pre-trial hearings and orders requiring submission of settlement documents | .20 | 54.00 | RJS |
| 1/19/17 | Review correspondence from trustee confirming approval of HM Graphics draft stipulation of settlement | .10 | 27.00 | RJS |
| 1/20/17 | Correspondence drafted to Trustee re Olender terms of settlement | .10 | 27.00 | RJS |
| 1/20/17 | Review correspondence from trustee re Olender stipulation | .10 | 27.00 | RJS |
| 1/20/17 | Review draft stipulation; draft correspondence to J. August re revisions to same | .40 | 108.00 | RJS |
| 1/23/17 | Review correspondence from Olender counsel re comments to stipulation of settlement | .10 | 27.00 | RJS |
| 1/24/17 | Correspondence drafted to Good Photo counsel re location of mediation | .20 | 54.00 | RJS |
| 1/24/17 | Review draft stipulation; confer with A. Dobin re same; and correspondence drafted to J. August re revisions | .20 | 54.00 | RJS |
| 1/24/17 | Review correspondence from Good Photo counsel re document production and mediation location | .10 | 27.00 | RJS |
| 1/25/17 | Correspondence drafted to J. August re Olender stipulation | .10 | 27.00 | RJS |
| 1/25/17 | Review correspondence from J. August re Olender stipulation | .10 | 27.00 | RJS |

Trenk, DiPasquale, Della Fera & Sodono, P.C.

Invoice #:   78144

January 19, 2018

| Date | Description | Hours | Amount | Atty |
|------|-------------|-------|--------|------|
| 1/25/17 | Review stipulation of settlement and prior correspondence and follow up with HM Graphics counsel | .20 | 54.00 | RJS |
| 1/26/17 | Review correspondence from HM Graphics counsel re settlement stipulation | .10 | 27.00 | RJS |
| 1/28/17 | Review correspondence from Olender counsel re stipulation of settlement | .10 | 27.00 | RJS |
| 1/31/17 | Review redlined stipulation; draft correspondence to J. August re same | .70 | 189.00 | RJS |
| 1/31/17 | Review dockets concerning deadlines to submit settlement papers | .20 | 54.00 | RJS |
| 2/10/17 | Review settlement orders and deadlines | .20 | 54.00 | RJS |
| 2/10/17 | Review and revise stipulation of settlement with Olender | .40 | 108.00 | RJS |
| 2/10/17 | Review revised stipulation; confer with HM Graphics counsel re same | .40 | 108.00 | RJS |
| 2/10/17 | Correspondence drafted to J. August re stipulation of settlement | .30 | 81.00 | RJS |
| 2/10/17 | Review orders setting deadline to file settlement documents and confer with A. Dobin re same | .20 | 54.00 | RJS |
| 2/10/17 | Correspondence drafted to Trustee re Olender stipulation and approval of same | .30 | 81.00 | RJS |
| 2/10/17 | Confer with A. Dobin re comments from HM Graphics to stipulation of settlement | .20 | 54.00 | RJS |
| 2/10/17 | Confer with A. Dobin re filing of 9019 notice and submitting stipulation of settlement | .10 | 27.00 | RJS |
| 2/10/17 | Correspondence drafted to Judge Gravelle's chambers enclosing certificate of consent and stipulation of settlement | .20 | 54.00 | RJS |
| 2/10/17 | Review correspondence from John August re stipulation of settlement | .30 | 81.00 | RJS |
| 2/10/17 | Review correspondence from Trustee re approval of Olender stipulation of settlement | .20 | 54.00 | RJS |
| 2/10/17 | Review final stipulation; draft certificate of consent; prepare stipulation for submission; file certificate of consent | .60 | 162.00 | RJS |
| 2/14/17 | Review consent order and docket; draft correspondence to J. August re impact of entry of order prior to certification of no objection | .20 | 54.00 | RJS |
| 2/14/17 | Review correspondence from J. August re entry of stipulation of settlement | .10 | 27.00 | RJS |
| 2/15/17 | Correspondence drafted to counsel to HM Graphics requesting status of stipulation of settlement; revise stipulation of settlement | .50 | 135.00 | RJS |

Trenk, DiPasquale, Della Fera & Sodono, P.C.

Invoice #:   78144                                                    January 19, 2018

| Date | Description | Hours | Amount | Atty |
|------|-------------|-------|--------|------|
| 2/15/17 | Review prior drafts of stipulation of settlement; draft correspondence to trustee and B. Snyder re same | .50 | 135.00 | RJS |
| 2/15/17 | Review correspondence from HM Graphics re status of stipulation of settlement | .40 | 108.00 | RJS |
| 2/15/17 | Review correspondence from trustee and B. Snyder re comments to stipulation | .30 | 81.00 | RJS |
| 2/16/17 | Correspondence drafted to HM Graphics counsel re stipulation of settlement | .10 | 27.00 | RJS |
| 2/16/17 | Review correspondence from HM Graphics counsel re status of stipulation of settlement | .10 | 27.00 | RJS |
| 2/17/17 | Confer with A. Dobin re settlement with HM Graphics | .10 | 27.00 | RJS |
| 2/17/17 | Draft and revise certificate of consent, 9019 notice, finalize stipulation, and file with court | .80 | 216.00 | RJS |
| 2/17/17 | Various correspondence drafted to HM Graphics counsel re stipulation of settlement | .50 | 135.00 | RJS |
| 2/17/17 | Correspondence drafted to Good Photo Studio counsel re document production | .10 | 27.00 | RJS |
| 2/17/17 | Correspondence drafted to B. Snyder enclosing information produced by Good Photo in preparation of review and analysis | .10 | 27.00 | RJS |
| 2/17/17 | Correspondence drafted to chambers enclosing HM Graphics stipulation and certificate of consent | .20 | 54.00 | RJS |
| 2/17/17 | Review correspondence from Good Photo counsel and invoices/certifications attached to same | .40 | 108.00 | RJS |
| 2/18/17 | Review correspondence from B. Snyder re settlement authority | .10 | 27.00 | RJS |
| 2/21/17 | Review complaint, prior correspondence, invoices, preference analysis, and answer; draft settlement correspondence | 1.40 | 378.00 | RJS |
| 2/21/17 | Correspondence drafted to B. Snyder re settlement proposal | .10 | 27.00 | RJS |
| 2/22/17 | Correspondence drafted to HM Graphics counsel re holding payment in escrow pending docketing of certification of no objection | .10 | 27.00 | RJS |
| 2/22/17 | Review correspondence from HM Graphics counsel re payment | .10 | 27.00 | RJS |
| 2/23/17 | Correspondence drafted to B. Snyder re updated Good Photo analysis | .10 | 27.00 | RJS |
| 2/24/17 | Telephone call with B. Snyder re Good Photo and Gormeley judgment; review available information in preparation of settlement proposal | .50 | 135.00 | RJS |

Trenk, DiPasquale, Della Fera & Sodono, P.C.

Invoice #:   78144

January 19, 2018

| Date | Description | Hours | Amount | Atty |
|------|-------------|-------|--------|------|
| 3/06/17 | Review correspondence from Good Photo counsel re settlement proposal | .10 | 27.00 | RJS |
| 3/06/17 | Review report and draft settlement offer to Good Photo | .40 | 108.00 | RJS |
| 3/07/17 | Correspondence drafted to Good Photo counsel re settlement offer | .10 | 27.00 | RJS |
| 3/08/17 | Review stipulation of settlement and cert of no objection and draft correspondence to counsel to Olender requesting payment | .20 | 54.00 | RJS |
| 3/09/17 | Correspondence drafted to R. Young counsel enclosing discharges of mortgages | .10 | 27.00 | RJS |
| 3/10/17 | Confer with counsel to Good Photo concerning settlement offer | .20 | 54.00 | RJS |
| 3/13/17 | Review correspondence from Olender Feldman and draft correspondence to Trustee enclosing payment | .30 | 81.00 | RJS |
| 3/14/17 | Conference with R Switkes re settlement discussions with Good Photo. | .10 | 46.50 | AD |
| 3/14/17 | Confer with A. Dobin re counteroffer from Good Photo | .20 | 54.00 | RJS |
| 3/14/17 | Correspondence drafted to Trustee re analysis of Good Photo offer | .30 | 81.00 | RJS |
| 3/14/17 | Review correspondence from Good Photo counsel re counteroffer | .20 | 54.00 | RJS |
| 3/14/17 | Review correspondence from trustee, B. Snyder and A. Dobin re counteroffer concerning Good Photo | .40 | 108.00 | RJS |
| 3/16/17 | Telephone call with B. Snyder re status of Munire litigation | .10 | 27.00 | RJS |
| 3/16/17 | Correspondence drafted to Good Photo counsel re counteroffer | .30 | 81.00 | RJS |
| 3/16/17 | Correspondence drafted to HM Graphics counsel re settlement payment | .20 | 54.00 | RJS |
| 3/16/17 | Review correspondence from HM Graphics counsel enclosing check | .20 | 54.00 | RJS |
| 3/17/17 | Correspondence drafted to HM Graphics counsel confirming receipt of check | .10 | 27.00 | RJS |
| 3/20/17 | Review local rules; mediation order; and draft consent order extending mediation | .60 | 162.00 | RJS |
| 3/20/17 | Draft  revise certificate of consent and file with court | .30 | 81.00 | RJS |
| 3/20/17 | Confer with A. Dobin re status of adversary proceedings | .10 | 27.00 | RJS |
| 3/20/17 | Correspondence drafted to Good Photo counsel enclosing proposed mediation order | .10 | 27.00 | RJS |
| 3/20/17 | Correspondence drafted to chambers enclosing proposed order extending mediation | .20 | 54.00 | RJS |
| 3/20/17 | Review correspondence from Good Photo counsel consenting to submission of mediation order | .10 | 27.00 | RJS |

Trenk, DiPasquale, Della Fera & Sodono, P.C.

Invoice #:   78144                                              January 19, 2018

| Date | Description | Hours | Amount | Atty |
|------|-------------|-------|--------|------|
| 3/23/17 | Review prior correspondence w Good Photo counsel re follow up on offer | .10 | 27.00 | RJS |
| 3/23/17 | Review correspondence from Olender counsel re proof of claim | .10 | 27.00 | RJS |
| 3/27/17 | Correspondence drafted to Good Photo counsel re mediation order and status of counteroffer | .20 | 54.00 | RJS |
| 3/27/17 | Review entered mediation order concerning Good Photo litigation | .10 | 27.00 | RJS |
| 3/28/17 | Analyze Gormley collection efforts; search land records, judgments, businesses, review judgment | .80 | 216.00 | RJS |
| 3/31/17 | Review prior correspondence; Correspondence drafted to Good Photo counsel re settlement offers | .70 | 189.00 | RJS |
| 3/31/17 | Correspondence drafted to trustee re settlement offers and recommendations concerning Good Photo adv. pro. | .50 | 135.00 | RJS |
| 3/31/17 | Review correspondence from trustee and Good Photo counsel re settlement offers | .30 | 81.00 | RJS |
| 4/03/17 | Review complaint and correspondence, draft and revise stipulation of settlement concerning Good Photo | .80 | 216.00 | RJS |
| 4/03/17 | Correspondence drafted to Good Photo counsel re settlement terms | .30 | 81.00 | RJS |
| 4/03/17 | Correspondence drafted to Trustee enclosing draft stipulation of settlement | .10 | 27.00 | RJS |
| 4/03/17 | Review correspondence from Good Photo counsel confirming settlement | .10 | 27.00 | RJS |
| 4/04/17 | Correspondence drafted to Trustee re Good Photo stipulation of settlement | .10 | 27.00 | RJS |
| 4/04/17 | Review and revise stipulation of settlement; correspondence drafted to counsel re same | .30 | 81.00 | RJS |
| 4/04/17 | Review correspondence from trustee concerning Good Photo stipulation | .10 | 27.00 | RJS |
| 4/10/17 | Correspondence drafted to K. Lucid re status of Good Photo stipulation of settlement | .10 | 27.00 | RJS |
| 4/13/17 | Correspondence drafted to Good Photo counsel re stipulation of settlement | .20 | 54.00 | RJS |
| 4/17/17 | Review executed stipulation sent by counsel; draft 9019 notice and certificate of consent and file with court | .90 | 243.00 | RJS |
| 4/17/17 | Correspondence drafted to trustee advising of settlement | .10 | 27.00 | RJS |
| 4/19/17 | Review bill and draft fee application narrative. | .40 | 186.00 | AD |

Trenk, DiPasquale, Della Fera & Sodono, P.C.

Invoice #:   78144

January 19, 2018

| Date | Description | Hours | Amount | Atty |
|------|-------------|-------|--------|------|
| 4/19/17 | Correspondence drafted to mediator advising of settlement | .10 | 27.00 | RJS |
| 4/19/17 | Review Gormeley judgment and confer with A. Dobin re status of case | .20 | 54.00 | RJS |
| 4/20/17 | Email to A Sklar re collection of judgment. | .10 | 46.50 | AD |
| 4/21/17 | Email exchange with A Sklar re terms of retention; email to J Welliver re preparation of special counsel retention. | .10 | 46.50 | AD |
| 4/22/17 | Review correspondence from Good Photo counsel re timing of payments | .10 | 27.00 | RJS |
| 4/24/17 | Review entered stipulation of settlement, draft correspondence to counsel re timing of payments | .30 | 81.00 | RJS |
| 4/26/17 | Preparing, filing and serving retention application for special counsel to Trustee. | 1.30 | 188.50 | JLW |
| 5/04/17 | Review order authorizing retention of special counsel | .10 | 27.00 | RJS |
| 5/09/17 | Review docket concerning objection deadline to Good Photo settlement | .10 | 27.00 | RJS |
| 5/09/17 | Review Sklar retention application and order authorizing retention concerning collection efforts | .10 | 27.00 | RJS |
| 5/15/17 | Review certification of no objection, stipulation of settlement, and draft correspondence to K. Lucid re Good Photo payment due | .30 | 81.00 | RJS |
| 5/17/17 | Review correspondence from Good Photo and stipulation | .20 | 54.00 | RJS |
| 5/19/17 | Review cert of no objection, stipulation of settlement concerning schedule of payments, draft letter to Barry Sharer enclosing first of 3 Good Photo settlement payments | .30 | 81.00 | RJS |
| 6/01/17 | Review Good Photo stipulation and track payments | .10 | 27.00 | RJS |
| 6/15/17 | Review settlement check; correspondence drafted to Trustee enclosing second Good Photo settlement | .20 | 54.00 | RJS |
| 6/15/17 | Correspondence drafted to Good Photo counsel re second payment | .10 | 27.00 | RJS |
| 6/15/17 | Review correspondence from Good Photo counsel re payment | .10 | 27.00 | RJS |
| 7/14/17 | Review Good Photo settlement check received and stipulation of settlement | .10 | 27.00 | RJS |
| 7/17/17 | Review stipulation of settlement and draft correspondence to trustee sending settlement payment | .20 | 54.00 | RJS |
| 12/17/17 | Review bill and draft fee application narrative, including preference chart. | 1.00 | 465.00 | AD |
| 1/04/18 | Prepare Trenk final fee application, electronic filing of and service of same. | 1.50 | 217.50 | TEO |

Trenk, DiPasquale, Della Fera & Sodono, P.C.

Invoice #:   78144                                                                    January 19, 2018

### TOTAL PROFESSIONAL SERVICES        162.20 HRS        $ 47,136.00

## DISBURSEMENTS ADVANCED

| Date | Description | Amount |
|------|-------------|--------|
| 8/14/16 | expenses - JJD/NJ Bus Serv filing fee - 8/11 | 18.75 |
| 8/31/16 | Online Research (August 2016) | .97 |
| 9/13/16 | expenses - JJD/NJ Bus Serv filing fee - 8/29 | 6.25 |
| 10/31/16 | Online Research - Westlaw (October 2016) | 63.37 |
| 11/03/16 | Clerk, U.S. Bankruptcy Court, Court Fees for Certified Copy of Order | 12.00 |
| 11/30/16 | Online Research - West Law (November 2016) | 22.29 |
| 12/31/16 | Superior Court Fees | 35.00 |
| 12/31/16 | Online Research - West Law (December 2016) | 108.72 |
| 4/26/17 | Postage | 164.83 |
| 5/29/17 | FedEx, Inc., Delivery services/messengers - Barry R. Sharer - 5/19/17 | 22.15 |
| 6/30/17 | Pacer | 129.80 |
| 7/17/17 | Copying | 752.40 |

### TOTAL DISBURSEMENTS ADVANCED        $ 1,336.53

### TOTAL THIS INVOICE        $ 48,472.53

**Trenk, DiPasquale, Della Fera & Sodono, P.C.**

347 Mt. Pleasant Avenue, Suite 300
West Orange, New Jersey 07052-2730
Ph: 973-243-8600
Fax: 973-243-8677

January 19, 2018

Barry Sharer
Sharer- Munire Furniture
SHARER PETREE BROTZ & SNYDER
1103 Laurel Oak Road, Suite 105B
Voorhees, NJ  08043

| | |
|---|---|
| Invoice #: | 78144 |
| Client #: | 4797 |
| Matter #: | 0001 |
| Billing Attorney: | AD |

**REMITTANCE ADVICE**

**RE:  Case No. 14-29229(CMG)**
**Special Counsel to Barry Sharer**

| **BALANCE DUE THIS INVOICE** | **$ 48,472.53** |
|---|---|

**TO INSURE PROPER CREDIT TO YOUR ACCOUNT, PLEASE RETURN**
**THIS REMITTANCE PAGE WITH PAYMENT TO:**
**Trenk, DiPasquale, Della Fera & Sodono, P.C.**
ATTN:  Accounting Department
347 Mt. Pleasant Avenue, Suite 300
West Orange, New Jersey 07052-2730

**ACH Instructions:_____**

Trenk, DiPasquale, Della Fera & Sodono, P.C.
Account no. 14003362

Provident Bank
100 Wood Avenue South
Iselin, NJ 08830
ABA no. 221272303

**To Pay by Credit Card:**

___ Visa ___ Mastercard ___ Discover ___ Amex
Account Number: _____
Expiration Date:  _____/_____
Security Code (3/4 digits): _____
Amount: $_____
Name on Account: _____
Address Associated with CC Account:
_____
_____

Signature: _____
Date: _____

**TERMS: DUE UPON RECEIPT**
*Thank you, your business is greatly appreciated.*